B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>**Southern District of Florida** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Carl's Furniture, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Carl's** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**59-0914890** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**6810 North State Road 7**<br>**Coconut Creek, FL**<br>ZIP Code **33073** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Broward** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Type of Debtor
(Form of Organization)
(Check one box)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

### Tax-Exempt Entity
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

### Filing Fee (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1)(4/10)                                                                                                     Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Carl's Furniture, Inc.** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **See Attachment** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br> Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

☑    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10) **Page 3**

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| (This page must be completed and filed in every case) | **Carl's Furniture, Inc.** |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Robert C. Furr**
Signature of Attorney for Debtor(s)

**Robert C. Furr 210854**
Printed Name of Attorney for Debtor(s)

**Furr & Cohen**
Firm Name

**2255 Glades Rd.**
**Suite 337W**
**Boca Raton, FL 33431**

_____
Address

**561-395-0500  Fax: 561-338-7532**
Telephone Number

**May 23, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Jeff Baker**
Signature of Authorized Individual

**Jeff Baker**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**May 23, 2011**
Date

In re    **Carl's Furniture, Inc.**                                                    ,        Case No. _____
                                    Debtor

# FORM 1. VOLUNTARY PETITION
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **Carl's Furniture of North Dade, Inc.**<br>**Southern District of Florida** | **related entity** | |
| **Carl's Furniture of South Dade, Inc.**<br>**Southern District of Florida** | **related entity** | |
| **Carl's Furniture Plaza, Inc.**<br>**Southern District of Florida** | **related entity** | |
| **Carl's of Lauderhill, Inc.**<br>**Southern District of Florida** | **related entity** | |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re  **Carl's Furniture, Inc.** _____    Case No. _____

_____ Debtor(s)    Chapter    **11** _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **American Drew A52 dba La-Z-Boy**<br>**22814 Network Place**<br>**Chicago, IL 60673** | **American Drew A52 dba La-Z-Boy**<br>**22814 Network Place**<br>**Chicago, IL 60673** | **lawsuit, collection** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **103,440.07** |
| **Bernhardt B05**<br>**12197 Collections Center Dr**<br>**Chicago, IL 60693** | **Bernhardt B05**<br>**12197 Collections Center Dr**<br>**Chicago, IL 60693** | | | **114,520.98** |
| **Century C15**<br>**PO Box 60589**<br>**Charlotte, NC 28260** | **Century C15**<br>**PO Box 60589**<br>**Charlotte, NC 28260** | | | **292,896.49** |
| **CIT Group Commercial Services**<br>**c/o Jon E Kane Esq**<br>**PO Box 2854**<br>**Orlando, FL 32802-2854** | **CIT Group Commercial Services**<br>**c/o Jon E Kane Esq**<br>**PO Box 2854**<br>**Orlando, FL 32802-2854** | **goods purchased - Chateau D'AX; Sam Moore Furniture; MAX Home, Swaim** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **134,746.64** |
| **Comcast Spotlight**<br>**PO Box 409558**<br>**Atlanta, GA 30384** | **Comcast Spotlight**<br>**PO Box 409558**<br>**Atlanta, GA 30384** | | | **78,509.41** |
| **Continental Equities Inc**<br>**1300 NW  167 St,**<br>**Miami Gardens, FL 33169** | **Continental Equities Inc**<br>**1300 NW  167 St,**<br>**Miami Gardens, FL 33169** | **Carl's store located at 1400 NW 167 St, Miami Gardens, FL rent $426,342.21; real estate taxes $233,986.75; sales tax $16,379.70; interest $16,796.42,** | | **696,635.67** |
| **JDI Klausner J13**<br>**PO Box 60475**<br>**Charlotte, NC 28260** | **JDI Klausner J13**<br>**PO Box 60475**<br>**Charlotte, NC 28260** | | | **218,902.15** |
| **Jonathan Louis Int'l**<br>**544 W 130th St**<br>**Gardena, CA 90248** | **Jonathan Louis Int'l**<br>**544 W 130th St**<br>**Gardena, CA 90248** | | | **114,020.00** |
| **Klaussner Furniture**<br>**PO Box 60475**<br>**Charlotte, NC 28260** | **Klaussner Furniture**<br>**PO Box 60475**<br>**Charlotte, NC 28260** | **inventory** | | **366,682.75** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Carl's Furniture, Inc.**                                          Case No. _____
_____
                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Lane Home Furnishings**<br>**PO Box 536823**<br>**Atlanta, GA 30353** | **Lane Home Furnishings**<br>**PO Box 536823**<br>**Atlanta, GA 30353** | | | **189,946.12** |
| **Lauren Ralph Lauren**<br>**PO Box 890258**<br>**Charlotte, NC 28289** | **Lauren Ralph Lauren**<br>**PO Box 890258**<br>**Charlotte, NC 28289** | | | **179,581.85** |
| **Leather Trend L43**<br>**dba Richter Design**<br>**Dept #6729**<br>**Los Angeles, CA 90084** | **Leather Trend L43**<br>**dba Richter Design**<br>**Dept #6729**<br>**Los Angeles, CA 90084** | | | **199,379.20** |
| **Liberty Mutual Insurance Co**<br>**PO Box 7247-0109**<br>**Philadelphia, PA 19170** | **Liberty Mutual Insurance Co**<br>**PO Box 7247-0109**<br>**Philadelphia, PA 19170** | **2008 #WC 5-151-289198-018 and 2007 workers comp claim, Philip Sookram, medical estimated exposure for 5 years** | **Unliquidated Disputed** | **93,554.00** |
| **Miami Herald**<br>**One Herald Plaza**<br>**Miami, FL 33132** | **Miami Herald**<br>**One Herald Plaza**<br>**Miami, FL 33132** | **advertising** | **Disputed** | **128,248.40** |
| **Natuzzi N13**<br>**130 W Commerce Blvd**<br>**High Point, NC 27260** | **Natuzzi N13**<br>**130 W Commerce Blvd**<br>**High Point, NC 27260** | | **Unliquidated** | **174,083.23** |
| **Philip Sookram**<br>**c/o Liberty Mutual Commercial WC Claims**<br>**PO Box 49000**<br>**Charlotte, NC 28277** | **Philip Sookram**<br>**c/o Liberty Mutual Commercial WC Claims**<br>**PO Box 49000**<br>**Charlotte, NC 28277** | **worker's comp claim.  covered by Liberty Mutual Ins retro plan.  Debtor being billed for future invoices - 5 years** | **Unliquidated Disputed** | **893,900.00** |
| **Rachlin Group  LLC**<br>**343 N Harvard Ave**<br>**Claremont, CA 91711** | **Rachlin Group  LLC**<br>**343 N Harvard Ave**<br>**Claremont, CA 91711** | | | **145,455.00** |
| **Schnadig**<br>**P.O. Box 890258**<br>**Charlotte, NC 28289** | **Schnadig**<br>**P.O. Box 890258**<br>**Charlotte, NC 28289** | | | **99,546.25** |
| **Stearns - Foster S53**<br>**PO Box 932621**<br>**Atlanta, GA 31193** | **Stearns - Foster S53**<br>**PO Box 932621**<br>**Atlanta, GA 31193** | | | **96,322.82** |
| **Sun Sentinel**<br>**PO Box 804866**<br>**Chicago, IL 60680** | **Sun Sentinel**<br>**PO Box 804866**<br>**Chicago, IL 60680** | **advertising** | | **79,457.40** |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Carl's Furniture, Inc.**                                         Case No. _____
                  Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **May 23, 2011**                    Signature   **/s/ Jeff Baker**

                                                      **Jeff Baker**
                                                      **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re   **Carl's Furniture, Inc.**
_____,   Case No. _____

                                  Debtor

Chapter _____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 150,000.00 | | |
| B - Personal Property | Yes | 10 | 5,995,947.25 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 833,282.94 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 72,643.54 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 45 | | 8,241,236.17 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 64 | | | |
| Total Assets | | | 6,145,947.25 | | |
| Total Liabilities | | | | 9,147,162.65 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Southern District of Florida

In re    **Carl's Furniture, Inc.**                               ,

Debtor

Case No. _____

Chapter _____ **11** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                Best Case Bankruptcy

B6A (Official Form 6A) (12/07)

In re   **Carl's Furniture, Inc.**                                 ,      Case No.
                                  Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Condo in Market Square, 317 High Street #12, High Point North Carolina** | **fee simple** | - | **150,000.00** | **0.00** |

| | | | |
|---|---|---|---|
| | Sub-Total > | **150,000.00** | (Total of this page) |
| | Total > | **150,000.00** | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Carl's Furniture, Inc.** _____,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of America Loan Payment Account #xxxx5090 as of 5/19/2011 | - | 1,544.76 |
| | | Bank of America - Sales Tax Account xxxx2428 (NOTE: Other Carl's stores and Partnerships owned by debtor's principals deposit their sales taxes into this account - 3700 North Federal Associates; 559 No. Federal Hwy Assoc; SW 330 Assoc; SW 100 Assoc-Dade; SW 200 Assoc - Boca; Lauderhill Assoc.) as of 5/19/2011 | - | 121.59 |
| | | Bank of America, EFT Account #xxxxx8590 as of 5/19/2011 | - | 0.00 |
| | | Bank of America Payroll and Payroll Tax Account #xxxx2534, as of 5/19/2011 | - | 20,493.66 |
| | | Bank of America Warehouse Account #xxxxx0451, as of 5/19/2011 | - | 121,440.72 |
| | | Bank of America business checking account Stores #53, #54, #55, Acct #8077, as of 5/18/2011 | - | 68,942.68 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | Account #1250 Sales Tax Deposit Florida Dept of Revenue | - | 34,500.00 |
| | | Bank of America Credit card processing account (amount may vary) | - | 300,000.00 |
| | | Florida Power & Light Utility Deposits: warehouse/store #54 Acct16539 $29,820; store #53 - Pompano - Acct#58336-$630, Acct #56362- $830, Acct#51302-$30, Acct#54390 - $9.070 - total #53 $10,560; Store 55 - Ft Lauderdale Acct#41084 - $17,360 | - | 57,740.00 |

Sub-Total >          604,783.41
(Total of this page)

__6__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Carl's Furniture, Inc.**                                                              ,    Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Security Deposits - Water Companies; City of Coconut Creek Acct #xxxx9197 - $500; #09200 - $500; Store #50 - City of Ft Lauderdale - Acct #xxxxx0823 - $50;** | - | 1,050.00 |
| | | **Internal Revenue Service - credit balance of $15,286.41 which is an accumulation of overpayments in payroll taxes in prior periods. (co--mingled with partnership and Limited Liability Companies and other stores.)** | - | 15,286.41 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **North Carolina Furniture and fixtures in apartment (15 years old)** | - | 1,000.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

Sub-Total >         **17,336.41**
(Total of this page)

Sheet   _1_  of   _6_   continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Carl's Furniture, Inc.**                                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Carl's Patio, Inc., 10% interest** | - | 150,000.00 |
| | | **Carl's of Lauderhill, Inc., Store #57, 100% interest, liabilities exceed assets** | - | 0.00 |
| | | **Carl's Furntiure Plaza, Inc. #56 - Boca, 100% interest, liabilities exceed assets** | - | 0.00 |
| | | **Carl's Furniture of South Dade Inc.  Store #51, 100% interest, liabilities exceed assets** | - | 0.00 |
| | | **Carl's Furniture of North Dade, Inc.** | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Loan Receivable - Carl's Patio (face value $500,000)** | - | 150,000.00 |
| | | **Loan Receivable - Ricardo Ramirez Vargas for purchase of 2003 International Truck - VIN #1HTMMAAX3H561683 balance due on Note $7,078.82** | - | 7,078.82 |
| | | **Note Receivable from Genesis Two Inc for purchase of 2003 International White Truck VIN #1HTMMAAM83H561682, balance as of 4/1/2011 $4,437.27** | - | 4,437.27 |
| | | **Customer Receivable - Store #53 - Pompano** | - | 23,300.00 |
| | | **Customer Receivables - Store #54 - Main Showroom** | - | 35,761.00 |
| | | **Customer Receivable - Store #55 - Boca Raton** | - | 35,000.00 |
| | | **Receivable - Inner Company, Carl's Plaza, Inc. (56) $1,530,841.15, for purchase of inventory, value is 320,000** | - | 320,000.00 |
| | | **Receivable - Inner Company - Carl's of Lauderhill, Inc. (#57)  $844,721.12 for purchase of furniture inventory, value $130,000** | - | 130,000.00 |

Sub-Total >        855,577.09
(Total of this page)

Sheet __2__ of __6__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re     **Carl's Furniture, Inc.**                                                    ,          Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Receivable - Inner Company - Carl's Furniture of South Dade, Inc. (#51)  $1,778,341.73 for purchase of inventory, value $170,000** | - | 170,000.00 |
| | | **Receivable - Inner Company - Carl's Furniture of North Dade Inc (#50) $5,487,745.52 for purcase of furniture inventory, Value $350,000** | - | 350,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Lawsuits filed for non-payment by customers;** | - | 58,647.34 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

Sub-Total >        578,647.34
(Total of this page)

Sheet __3__ of __6__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6B (Official Form 6B) (12/07) - Cont.

In re    **Carl's Furniture, Inc.**                                          ,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1992 International Semi VIN #1HSSDN4N8HN394654, Shuttle Truck ($1,000); 1997 Fruehauf Trailer VIN# 1H2V04817NB022901, Truck Trailer ($300): 1999 International Straight Trust VIN#1HTSDAAM7XH208587- Shuttle ($5000); 2004 Dodge Caravan VIN#1D4GP45R54B505019 -Ken Dobson ($2500); 2006 International Truck 4300 VIN #1HTMMAAM06H186925 - Shuttle ($10,000); 2006 International Truck 4400 VIN #1HSMTAAN96H207853-Suttle-Semi ($15,000); 2006 Ford Super Duty F-250 VIN #1FTSX20P56EC87540 ($2500), no liens** | - | 35,130.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **furniture and fixtures in offices   see list attached** | - | 15,000.00 |
| | | **WAREHOUSE - TRAINING ROOM: desk chairs; tables; chairs; 2 refrigerators, 3 ADDS training computers; 1 JVC 37" TV; 1 Quasar VHS HQ 20" Video Viewer; BREAK ROOM: 16 bench tables, 2 Haiers, 1 Tappan and 2 Sharp microwaves; 2 Whirlpool refrigerator; ice maker, sofa, small dining table, 2 chairs OFFICE FURNITURE:  desks, desk chairs;  sofas, love seats,  chairs, fake plants;  credenzas, hutches, 6 computer dollies,  mirrors,  bookcases, cabinets,  entertainment ctr, end table, dining table, console (20 years old)** | - | 1,500.00 |
| | | **Pompano Store #53 Office Equipment: 3- Data General 007008219 CRT; Data General D1600I CRT; Westinghouse LCM-17V2SL Flat Screen; Westinghouse LCM17V2SL Flat Screen; 2-ADDS 4000260 CRT;  (20 years old)** | - | 350.00 |
| | | **Showroom, [#54]  0ffice equipment - Westinghouse LCM-NV25L; Boundless 4000/260; Optiquest V511147; Westinghouse LCM-17V25L; Link Max 700; Dell CN064413-72201-49E; Boundless 4000/260; Boundless 4000/260; Boundless 4000/260; Office Furniture, Equipment and Supplies** | - | 500.00 |
| | | **Computer Room Equipment  (See Attached Sheet)** | - | 7,525.00 |

Sub-Total >    60,005.00
(Total of this page)

Sheet __4__ of __6__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Carl's Furniture, Inc.**                                        ,      Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Fort Lauderdale Store #55 - Equipment:  Data General M/A 6500 D; Data General M/A 6500A; Yundai N715; 7002L; ADDS 90/240; Data General M/N 6500; Data General 007-001-010; Yundai N71S; Computers 2- TTY i11; TTY i04; TTY i05; TTY i02; TTY i00 | - | 200.00 |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | | SHOP EQUIPMENT: Black Max 10 HP Air Compressor #45091; Husky 5HP air compresser #VT631301AJ; Delta *'Grnder w/stand 3600RPM Model 23-592; Ohio Forge 8" bench grinder 3500RPM #59511; Jet 1" belt sander Model JSG-1 disc grinder attached; Delta Dust Coll #50-853; Delta 6"x48" belt sander with disc #31-731; Jet 18" band saw #JWBS-18; Craftsman 12" band saw #112247410; Delta 10" saw #36-829; Jet shaper #JWS22C5; Delta 10" grinder #23735; 8" drill press #17-965; 10"radial saw; Proter Cable compressor; Junki Flatbed sewing Machine #L4563, Jiffy Steamer #J400 | - | 500.00 |
| | | WAREHOUSE EQUIPMENT:  3 Lift Batteries; 3 Lifts (11 not operable); 1 small lift; 175 dollies; 15 glass dollies; 18 hand carts; 168 single carts; 23 bedding carts; 1 battery station. | - | 12,500.00 |
| 30.  Inventory. | | Warehouse Inventory as of 3/15/2011 - cost | - | 1,671,835.00 |
| | | Pompano Store #53  Inventory as of March 15, 2011, liquidation value - (outlet store) | - | 222,733.00 |
| | | Fort Lauderdale Store #55 Inventory as of 3/15/2011, cost | - | 740,466.00 |
| | | Main Store #54 Inventory as of 3/15/2011, cost | - | 1,230,096.00 |
| | | Inventory of computer Equipment - Corporate Office - facing West: 6 monitors, 10 dumb terminals; 3 printers, 20 adding machines; paper shredder; 2 phone systems; 32 phones, 3 computers; 3 staplers, 2 DSL Routers | - | 1,268.00 |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |

                                                                    Sub-Total >        3,879,598.00
                                                                 (Total of this page)

Sheet __5__ of __6__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

**B6B (Official Form 6B) (12/07) - Cont.**

In re    **Carl's Furniture, Inc.**                                          ,        Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 0.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 5,995,947.25 |

Sheet __6__ of __6__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

Computer Room Stock

| Description | Qty | Item Value | Total Value |
|---|---|---|---|
| Dell Poweredge Server 2850 | 3 | $200 | 600 |
| Compaq Server - old | 2 | $0 | 0 |
| Old Dell Poweredge Server | 8 | $50 | 400 |
| Old IBM Server | 1 | $0 | 0 |
| PC | 7 | $50 | 350 |
| Monitor - inoperable | 11 | $0 | 0 |
| UPS | 1 | $500 | 500 |
| Battery Backup | 10 | $25 | 250 |
| PBX Phones | 50 | $10 | 500 |
| MICOM Router | 15 | $10 | 150 |
| Sonicwall Firewall | 1 | $400 | 400 |
| Ethernet Switches | 6 | $50 | 300 |
| Cisco router | 3 | $75 | 225 |
| Old sonicwall firewall | 2 | $25 | 50 |
| Rack Mounted UPS | 1 | $100 | 100 |
| DIGI PortServer | 10 | $25 | 250 |
| PBX Parts | 4 | $0 | 0 |
| PBX Power Supply Parts | 3 | $50 | 150 |
| Wireless router | 2 | $40 | 80 |
| Frame Relay Modem | 1 | $30 | 30 |
| Cisco router for IP phones | 1 | $100 | 100 |
| Cisco phone | 6 | $50 | 300 |
| Battery changer | 1 | $100 | 100 |
| Citadel computer - inoperable | 5 | $100 | 500 |
| CAT 5 cable | 3 | $50 | 150 |
| Computer rack | 5 | $150 | 450 |
| Patch panel | 10 | $50 | 500 |
| WYSE computer | 15 | $30 | 450 |
| Flat screen TV -42 | 1 | $500 | 500 |
| TV | 1 | $140 | 140 |
| | | | 7525 |

Schedule B-28
Computer Room Equipment

Corp #6

| | | |
|---|---|---|
| Jeff | 2 PCs, 3 Monitors | 1x 4-drawer lateral file, 3x 3-drawer, 1x 2-drawer, desk, 4 chairs |
| Lisi | PC, Monitor | desk set, 3 chairs |
| Brian | PC, Monitor | desk, 2 chairs |
| Andrew | PC, Monitor | Desk Set and 2 chairs |
| Kitchen | | Table and 4 chairs |
| Barry | PC, Monitor | Desk Set, 4 chairs, 1x 2-drawer lateral file |
| General Office | | Desk, 2x 2-drawer regular file, 1x 3-drawer pencil file, 12x 3-drawer lateral files |
| Janis | monitor | U Desk, chair, 3x 2-drawer lateral file, 1x 3-drawer pencil file |
| Sam | | U Desk, chair, 1x 2-drawer lateral file, 1x 3-drawer pencil file |
| Darlene | PC, monitor | U Desk, chair, 3x 2-drawer lateral file, 1x 3-drawer pencil file |
| Jeanne | | U Desk, chair, 2x 2-drawer lateral file, 1x 3-drawer pencil file |
| Jackie | monitor | U Desk, chair, 2x 2-drawer lateral file, 1x 3-drawer pencil file |
| Karen | monitor | U Desk, chair, 2x 2-drawer lateral file, 1x 3-drawer pencil file |
| Office | | U Desk, chair, 1x 2-drawer lateral file, 1x 3-drawer pencil file |
| Iris | monitor | U Desk, chair, 1x 2-drawer lateral file, 1x 3-drawer pencil file |
| Jodie | | U Desk, chair, 2x 2-drawer lateral file, 1x 3-drawer pencil file |
| Alex | monitor | U Desk, chair, 2x 2-drawer lateral file, 1x 3-drawer pencil file |
| Barbara | | U Desk, chair, 2x 2-drawer lateral file, 1x 3-drawer pencil file |
| Laylah | pc, monitor | U Desk, chair, 2x 2-drawer lateral file, 1x 3-drawer pencil file |
| Payroll Desk | | Desk Set and 2 chairs |
| Harris | pc, monitor | Desk set, table, 4 chairs |
| Internet PC | | table and chair |
| West Conf Room | | 2 sofas, 2 chairs |
| Mike Baker | | Desk set, table, 8 chairs |
| Bob | PC, Monitor | desk set, 3 chairs |
| Tom | PC, Monitor | 3 tables, 7 chairs |
| OFFICE | | table, 3 chairs |
| OFFICE | | 2 chairs, desk set |
| OFFICE | | desk set, 3 chairs |
| Mike Nicotera | PC, Monitor | table, desk set, 7 chairs |
| OFFICE | PC, Monitor | computer equipment - separate list from Brian |
| OFFICE | PC, Monitor | desk set, 2x 2-drawer lateral file, 3 chairs |

Schedule B # 28 - Offices

| | | |
|---|---|---|
| Laurie | | 2 desk sets, 4 chairs |
| OFFICE | | desk set, 1x 2-drawer lateral file, 4 chairs |
| Lisette | | 2 desk sets, 3 chairs |
| Main Conf Room | PC, Monitor | 52 chairs and large table |
| Sm Conf Room | | 13 chairs, table |
| Lori | monitor | 2 desk sets, 3 chairs |
| Arlette | monitor | desk set, table, 7 chairs |
| Reception | PC, Monitor | desk set, table, 5 chairs |
| | monitor | |

Schedule B #28  offices

B6D (Official Form 6D) (12/07)

In re   **Carl's Furniture, Inc.**                        Case No. _____

                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| | | H | W J | C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Market Square Condo Assoc**<br>**PO Box 5869**<br>**High Point, NC 27262** | | - | | | **Condo, 317 High Street #12, High Point NC, Condo Assessments**<br><br><br>Value $         3,552.39 | | | | 3,552.39 | 0.00 |
| Account No. **xxxxxxxxxx1542**<br><br>**Premium Assignment Corp**<br>**PO Box 3066**<br>**Tallahassee, FL 32315** | | - | | | 12/1/2010<br><br>**insurance premium financing**<br><br>**security interest in any unearned premiums or other sums which may become payable under the Secheduled Policies**<br>Value $      21,504.36 | | | | 21,504.36 | 0.00 |
| Account No. **xxxxxxxxx9502**<br><br>**Premium Assignment Corp**<br>**PO Box 3066**<br>**Tallahassee, FL 32315** | | - | | | 1/1/2011<br><br>**insurance premium financing**<br><br>**security interest in any unearned premiums or other sums payable under the Scheduled Policies**<br>Value $    180,047.44 | | | | 180,047.44 | 0.00 |
| Account No.<br><br>**Retail Credit Corporation**<br>**Myron Baker**<br>**6810 N State Rd 7**<br>**Coconut Creek, FL 33073** | | - | | | 3/24/2010<br><br>UCC-1 #201002221070<br><br>**all furniture inventory owed by the Debtor and/or its affiliates**<br>Value $    625,650.05 | | | | 625,650.05 | 0.00 |
|   **1**   continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | 830,754.24 | 0.00 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **Carl's Furniture, Inc.** _____ ,   Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxx047A** | | | **1st quarter 2011** | | | | | |
| **Sunshine State International Park 1521 NW 165 St Miami, FL 33169** | - | | **condo assessments** **Store 50** | | | | | |
| | | | Value $          **0.00** | | | | **2,528.70** | **2,528.70** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet  1  of  1  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | **2,528.70** | **2,528.70** |
| Total (Report on Summary of Schedules) | **833,282.94** | **2,528.70** |

B6E (Official Form 6E) (4/10)

In re   **Carl's Furniture, Inc.**                                                    ,                    Case No. _____
                                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                          Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re **Carl's Furniture, Inc.** _____ ,      Case No. _____

Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **Broward County Revenue Collection Div.** 115 S Andrews Ave #A 100 Fort Lauderdale, FL 33301 | - | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| **Broward County Tax Collector** PO Box 29009 Fort Lauderdale, FL 33302 | - | | | X | | | 139.70 | 0.00 / 139.70 |
| Account No. | | | First Quarter 2001 **Florida Unemployment Taxes Form UCT-6** | | | | | |
| **Dept. of Revenue** Bankruptcy Section P.O. Box 6668 Tallahassee, FL 32314-6668 | - | | | | | | 53,667.20 | 0.00 / 53,667.20 |
| Account No. | | | 3/2001 **sales tax** | | | | | |
| **Dept. of Revenue** Bankruptcy Section P.O. Box 6668 Tallahassee, FL 32314-6668 | - | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| **FL Department of Revenue** 5050 W Tennessee St Tallahassee, FL 32399 | - | | | | | | 2,366.87 | 2,366.87 / 0.00 |

Sheet <u>1</u> of <u>2</u> continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | 2,366.87 |
|---|---|
| 56,173.77 | 2,366.87 / 53,806.90 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re  **Carl's Furniture, Inc.**                                          ,        Case No. _____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 4/29/2011 | | | | | |
| Internal Revenue Service POB 7346 Philadelphia, PA 19101-7346 | | - | **940 Unemployment Taxes** | | | | | 0.00 |
| | | | | | | | 7,950.70 | 7,950.70 |
| Account No. | | | **withholding, ER, FICA EE FICA** | | | | | |
| Internal Revenue Service POB 7346 Philadelphia, PA 19101-7346 | | - | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | **penalty for late payroll tax payment** | | | | | |
| Internal Revenue Service POB 7346 Philadelphia, PA 19101-7346 | | - | | | | X | | 1,184.71 |
| | | | | | | | 1,184.71 | 0.00 |
| Account No. | | | | | | | | |
| Miami Dade Cty Tax Collector Tangible Personal Property PO Box 025218 Miami, FL 33102 | | - | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| Miami-Dade County Tax Collector 140 W Flagler St 14th Floor Miami, FL 33130 | | - | | | | | | 7,334.36 |
| | | | | | | | 7,334.36 | 0.00 |

Sheet  **2**  of  **2**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 8,519.07 | |
| (Total of this page) | 16,469.77 | 7,950.70 |
| Total | 10,885.94 | |
| (Report on Summary of Schedules) | 72,643.54 | 61,757.60 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **Carl's Furniture, Inc.**                                                                              Case No. _____
                                                                                    ,
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  **20-20 Icovia Inc One Verani Way Londonderry, NH 03053** | - | | | | | | 600.00 |
| Account No.  **3700 N Federal Associates Mr. Myron Baker 6810 N State Road 7 Pompano Beach, FL 33073** | - | | real property lease, Store #55, 3700 N. Federal Hwy, Ft Lauderdale | | | X | 191,238.36 |
| Account No.  **559  N Federal Associates Mr. Myron Baker 6810 N. State Road 7 Pompano Beach, FL 33063** | - | | real property lease  Carl's Furniture, Inc. warehouse | | | | 777,804.93 |
| Account No.  **559 N Federal Hwy Assoc Mr. Myron Baker 6810 N State Road 7 Coconut Ccreek, FL 33073** | - | | real property lease - Carl's Furniture, Inc. showroom SW 33rd Atlantic | | | | 47,495.98 |

__44__  continuation sheets attached

Subtotal
(Total of this page)                                                    1,017,139.27

B6F (Official Form 6F) (12/07) - Cont.

In re     **Carl's Furniture, Inc.**                                      ,          Case No. _____
                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | phone services | | | | |
| A T & T PO Box 830120 Baltimore, MD 21283 | - | | | | | | | 211.43 |
| Account No. **xxxxxxxxUR05** | | | | | | | | |
| A.P. Industries AMF O'HARE P.O. Box 66512 Chicago, IL 60666 | - | | | | | | | 1,570.00 |
| Account No. | | | | | | | | |
| A.R.T. Furniture Cathay Bank 1250 S Fullerton Rd Rowland Heights, CA 91748 | - | | | | | | | 76,633.74 |
| Account No. | | | | | | | | |
| AGIO - Impact Marketing Dimension Industries Delaware, OH 43015 | - | | | | | | | 27,981.70 |
| Account No. | | | | | | | | |
| Albany Industries Inc. B B and T Ffactors PO Box 890011 Charlotte, NC 28289 | - | | | | | | | 5,855.00 |

Sheet no. __1___ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

112,251.87

B6F (Official Form 6F) (12/07) - Cont.

In re  **Carl's Furniture, Inc.** _____ ,     Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | **lawsuit, negligence** | | | | | |
| **Alene and Joe Bass** **c/o Malcolm A Purow, Esq** **Dell & Schafer** **2404 Hollywood Blvd** **Hollywood, FL 33020** | - | | | | X | X | X | **15,000.00** |
| Account No. | | | | | | | | |
| **All American Printing** **6584 NW 13 Court** **Plantation, FL 33313** | - | | | | | | | **17,976.77** |
| Account No. **xxxxxxxx0511** | | | | | | | | |
| **All Service Refuse** **751 NW 31 Ave** **Fort Lauderdale, FL 33311** | - | | | | | | | **1,557.60** |
| Account No. | | | | | | | | |
| **Alpha Graphics** **6775 NW 15 Ave** **Fort Lauderdale, FL 33309** | - | | | | | | | **4,132.56** |
| Account No. **xxxxxx0583** | | | **file 57473** | | | | | |
| **Ambience Lighting A29** **Minka Lavery, A Minka Group Co** **File #57473** **Los Angeles, CA 90074-7473** | - | | | | | | | **1,253.75** |

Sheet no. __**2**__ of __**44**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**39,920.68**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Carl's Furniture, Inc.**_____,    Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxx2892** | | | | | | | | |
| **American Battery** **2800 SW 4 Ave** **Fort Lauderdale, FL 33315** | - | | | | | | | |
| | | | | | | | | **379.62** |
| Account No. **xxxxxxxxx3501** | | | | lawsuit, collection | | | | |
| **American Drew A52 dba La-Z-Boy** **22814 Network Place** **Chicago, IL 60673** | - | | | | X | X | X | |
| | | | | | | | | **103,440.07** |
| Account No. | | | | | | | | |
| **American National Realty Corp** **7860 Peters Rd** **# f-101** **Plantation, FL 33324** | - | | | | | | X | |
| | | | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **American Waste Control of Fla** **PO Box 1396** **Fort Lauderdale, FL 33302** | - | | | | | | | |
| | | | | | | | | **1,189.36** |
| Account No. | | | | contract - cleaning | | | | |
| **Americas Dust Busters** **PO Box 380458** **Miami, FL 33238** | - | | | | X | X | X | |
| | | | | | | | | **0.00** |

Sheet no. __3__ of __44__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **105,009.05**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Carl's Furniture, Inc.**                                                    ,          Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Andes Breeze Co Inc** 4705 SE Winter Haven Ct Stuart, FL 34997 | - | | | | | | 2,833.55 |
| Account No. **Angela Mini** 301 S Swinton Ave Delray Beach, FL 33444 | - | | lawsuit | X | X | X | 0.00 |
| Account No. **CARLSCOCO DESIGN** **Anthony Acquiviva Furn Svc** 1425 SW 1 Ct Unit 21 & 22 Pompano Beach, FL 33069 | - | | | | | | 350.00 |
| Account No. **APL LTD.** 116 Inverness Dr., East Suite 400 Englewood, CO 80112 | - | | contract for transportation of furniture between origin destination locations and debtor's location | | | X | 8,622.50 |
| Account No. **Aramark Refreshment Services** 3901 Ravenswood Rd #101 Dania Beach, FL 33312 | - | | | | | | 883.46 |

Sheet no. __4__ of __44__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              12,689.51

B6F (Official Form 6F) (12/07) - Cont.

In re  **Carl's Furniture, Inc.**                                                    Case No. _____
                                          ,
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | lawsuit #CACE10-022809(02), breach contract | | | | |
| **Arena Operating Company LTD c/o Elena Wildermuth Esq Berman Kean & Riquera PA 2101 W Commercial Blvd 32800 Fort Lauderdale, FL 33309** | - | | | X | X | X | 36,246.34 |
| Account No. | | | lawsuit 502010CA027519XXXXMB(AN) | | | | |
| **Arlene and Jose Bass c/o Malcolm A. Purow Esq Dell & Schafer 2404 Hollywood Blvd Hollywood, FL 33020** | - | | | | | X | 0.00 |
| Account No. | | | | | | | |
| **Artistica Metal DES. AA1 3200 Golf Course Dr Ventura, CA 93003** | - | | | | | | 26,282.00 |
| Account No. | | | | | | | |
| **Ashley Furniture Industries, Inc P.O. Box 190 Arcadia, WI 54612** | - | | | | | | 26,280.85 |
| Account No. | | | | | | | |
| **Assurant Employee Benefits P.O. Box 843300 Kansas City, MO 64184** | - | | | | | | 0.00 |

Sheet no. __5___ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

88,809.19

B6F (Official Form 6F) (12/07) - Cont.

In re   **Carl's Furniture, Inc.**                                    ,          Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxxxx6066** | | | telephone | | | | | |
| **AT&T** **PO Box 70529** **Charlotte, NC 28272** | - | | | | | | | 6,783.74 |
| Account No. **xxxxxxxx9132** | | | telephone | | | | | |
| **AT&T** **P.O. Box 52187** **Phoenix, AZ 85072** | - | | | | | | | 1,751.96 |
| Account No. | | | | | | | | |
| **AT&T Wireless** **PO Box 538695** **Atlanta, GA 30353** | - | | | | | | | 1,027.85 |
| Account No. | | | | | | | | |
| **Bass United Fire & Security** **1480 SW 3 St #9** **Pompano Beach, FL 33069** | - | | | | | | X | 63.60 |
| Account No. | | | | | | | | |
| **Bassett Mirror B54** **PO B 60756** **Charlotte, NC 28260** | - | | | | | | | 15,163.46 |

Sheet no. __6___ of __44___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     24,790.61

B6F (Official Form 6F) (12/07) - Cont.

In re   **Carl's Furniture, Inc.**                                                                          ,      Case No. _____
                                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **BDM Furniture Inc - BERMEX 1273, Boul. St-Laurent Ouest Louiseville, Quebec J5V 2L4** | - | | | | | | X | 30.00 |
| Account No. | | | | | | | | |
| **Benjamin Kennedy 399 W Palmetto Park Rd Boca Raton, FL 33432** | - | | | | | | | 15,000.00 |
| Account No. | | | | | | | | |
| **Bernhardt B05 12197 Collections Center Dr Chicago, IL 60693** | - | | | | | | | 114,520.98 |
| Account No. | | | | | | | | |
| **Best Chair B42 1195 Solutions Center Chicago, IL 60677** | - | | | | | | | 53,252.42 |
| Account No. **CARL FURINC** | | | | | | | | |
| **Brauner International Corp 2305 NW 107the Ave. Suite 2M35, Box #102 Miami, FL 33172** | - | | | | | | | 4,297.34 |

Sheet no. __7___ of __44__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **187,100.74**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Carl's Furniture, Inc.** _____,   Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Broward Backflow Prevention Inc**<br>**867 SE 12 Terr**<br>**Deerfield Beach, FL 33441** | - | | | | | | | 520.00 |
| Account No. <br><br>**Broyhill**<br>**PO Box 536753**<br>**Atlanta, GA 30353** | - | | | | | | | 41,841.51 |
| Account No. <br><br>**CA State Disbursement Unit**<br>**P.O. Box 989067**<br>**W Sacramento, CA 95798** | - | | | | | | X | 423.00 |
| Account No. <br><br>**Caldwell Freight Lines**<br>**PO Box 405763**<br>**Atlanta, GA 30384** | - | | | | | | | 1,648.73 |
| Account No. <br><br>**Capkin**<br>**10502 Kestrel St.**<br>**Plantation, FL 33324** | - | | | | | | | 794.98 |

Sheet no. __8__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     45,228.22

B6F (Official Form 6F) (12/07) - Cont.

In re   **Carl's Furniture, Inc.**
_____,          Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | inner company inventory purchases | | | | |
| Carls - North Dade 6810 N State Rd 7 Coconut Creek, FL 33073 | | | | | | | | 77,000.00 |
| Account No. | | - | | inner company inventory purchases | | | | |
| Carls Furniture Plaza Inc 6650 N Federal Hwy Boca Raton, FL 33487 | | | | | | | | 1,000.00 |
| Account No. | | - | | Inner company inventory purchases | | | | |
| Carls of Lauderhill Inc 6650 N Federal hwy Boca Raton, FL 33487 | | | | | | | | 500.00 |
| Account No. | | - | | Inner company inventory purchases | | | | |
| Carls of South Dade Inc 6650 n federal hwy boca raton, FL 33487 | | | | | | | | 250.00 |
| Account No. | | - | | | | | | |
| Carls Patio 301 Camino Gardens Blvd #101 Boca Raton, FL 33432 | | | | | | | | 39,600.16 |

Sheet no. __9__ of __44__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  118,350.16

B6F (Official Form 6F) (12/07) - Cont.

In re    **Carl's Furniture, Inc.**                                          ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Casimero Cantarero c/o P & L Proud Care Lawns PO 120403 Fort Lauderdale, FL 33312 | - | | | | | | | 350.00 |
| Account No. | | | | | | | | |
| Century C15 PO Box 60589 Charlotte, NC 28260 | - | | | | | | | 292,896.49 |
| Account No. **xxx-xarls** | | | | | | | | |
| Chandra PO Box 1102 Adairsville, GA 30103 | - | | | | | | | 2,319.67 |
| Account No. | | | | | | | | |
| Chateau D'Ax 1838 E Chester Dr High Point, NC 27265 | - | | | | | | X | 10,000.00 |
| Account No. **Y09L  XH27** | | | | | | | | |
| CHC of FL P.O. Box 6552 Carol Stream, IL 60197 | - | | | | | | X | 14,247.44 |

Sheet no. __10__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                         **319,813.60**

B6F (Official Form 6F) (12/07) - Cont.

In re **Carl's Furniture, Inc.** _____,  Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Chintaly Lamp**<br>**921A Conklin Street**<br>**Farmingdale, NY 11735** | - | | | | | | 3,000.69 |
| Account No. **xxx1641**<br><br>**CIT Group Commercial Services**<br>**c/o Jon E Kane Esq**<br>**PO Box 2854**<br>**Orlando, FL 32802-2854** | - | | 9/2/2009<br>goods purchased - Chateau D'AX; Sam Moore Furniture; MAX Home, Swaim | X | X | X | 134,746.64 |
| Account No.<br><br>**City of Coconut Creek**<br>**PO Box 970907**<br>**Coconut Creek, FL 33097** | - | | | | | | 719.02 |
| Account No. **xxxxx-x5042**<br><br>**City of Pompano Beach Water**<br>**PO Drawer 1300**<br>**Pompano Beach, FL 33061** | - | | | | | | 2,122.71 |
| Account No.<br><br>**Clear Channel Broadcasting, Inc.**<br>**P.O. Box 402601**<br>**Atlanta, GA 30384** | - | | | | | | 3,060.00 |

Sheet no. **11** of **44** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

143,649.06

B6F (Official Form 6F) (12/07) - Cont.

In re    **Carl's Furniture, Inc.** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Coca-Cola Enterprises Bottling PO Box 403390 Atlanta, GA 30368** | - | | | | | | X | |
| | | | | | | | | 106.85 |
| Account No. **xxxxxxxxxxxx2234** | | | | | | | | |
| **Comcast PO Box 530099 Atlanta, GA 30353** | - | | | | | | X | |
| | | | | | | | | 55.40 |
| Account No. | | | | | | | | |
| **Comcast Spotlight PO Box 409558 Atlanta, GA 30384** | - | | | | | | | |
| | | | | | | | | 78,509.41 |
| Account No. | | | | **Carl's store located at 1400 NW 167 St, Miami Gardens, FL  rent $426,342.21; real estate taxes $233,986.75; sales tax $16,379.70; interest $16,796.42, March interest $3,130.59** | | | | |
| **Continental Equities Inc 1300 NW  167 St, Miami Gardens, FL 33169** | - | | | | | | | |
| | | | | | | | | 696,635.67 |
| Account No. | | | | | | | | |
| **Corde Shirts 11541 Lawton Rd Boynton Beach, FL 33437** | - | | | | | | | |
| | | | | | | | | 443.18 |

Sheet no. __12__ of __44__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

775,750.51

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Carl's Furniture, Inc.**                                          ,     Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx01-2-3**<br><br>**Coventry Health Care**<br>**PO Box 6552**<br>**Carol Stream, IL 60197** | - | | | | | | 9,040.78 |
| Account No.<br><br>**Custom Dapery Services Inc**<br>**2640 NE 18 St**<br>**Pompano Beach, FL 33062** | - | | | | | X | 200.00 |
| Account No. **CARL**<br><br>**D I A D23**<br>**PO Box 26165**<br>**Winston Salem, NC 27114** | - | | | | | X | 350.00 |
| Account No.<br><br>**Daniel Lowery**<br>**2830 Somerset Dr #116**<br>**Fort Lauderdale, FL 33313** | - | | store 55 | | | | 524.80 |
| Account No.<br><br>**David Malkin**<br>**c/o Gene Reibman Esq**<br>**7805 SW 6 Ct**<br>**Fort Lauderdale, FL 33324** | - | | lawsuit CACE 07-002089(03), wrongful termination | X | X | X | 15,000.00 |

Sheet no. __**13**__ of __**44**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                25,115.58

B6F (Official Form 6F) (12/07) - Cont.

In re  **Carl's Furniture, Inc.** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxx1700**<br><br>**Dependable Packaging Solutions**<br>**1361 NW 155th Dr**<br>**Miami, FL 33169** | - | | | | | | | 5,056.79 |
| Account No.<br><br>**Desiree Perez**<br>**c/o Richard Caldwell Esq**<br>**255 Alhambra Cir #630**<br>**Miami, FL 33134** | - | | | lawsuit 502008CA035418XXXMB(AI), breach contract, unfair trade practices | X | X | X | 15,000.00 |
| Account No.<br><br>**Devcon Security**<br>**PO Box 538675**<br>**Atlanta, GA 30353** | - | | | security system | X | | | 198.86 |
| Account No.<br><br>**Dorinda Cortada**<br>**c/o Fernando Aran Esq**<br>**255 University Drive**<br>**Miami, FL 33134** | - | | | lawsuit COCE 08-003753(51) | X | X | X | 0.00 |
| Account No.<br><br>**E & G Delivery Services, Inc.**<br>**690 West 30 St**<br>**Hialeah, FL 33012** | - | | | | | | X | 0.00 |

Sheet no. __14__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

20,255.65

B6F (Official Form 6F) (12/07) - Cont.

In re   **Carl's Furniture, Inc.**                                                    ,          Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxR034, xxR044** <br><br> E D P Supply South Inc <br> 641 NE 33rd St <br> Pompano Beach, FL 33064 | - | | | | | | 851.11 |
| Account No. **xxxLI01** <br><br> Excelsior <br> 172 New Highway <br> Amityville, NY 11701 | - | | | | | X | 4,260.00 |
| Account No. <br><br> Federal Associates TIC <br> Managing Agent Co <br> 4678 World Pkwy Circle <br> St Louis, MO 63134 | - | | Managing company for PDC, re Stuart store | | | X | 0.00 |
| Account No. <br><br> Ferguson - Copeand F25 <br> PO Box 10 <br> Morganton, NC 28655 | - | | | | | | 4,956.00 |
| Account No. **xxxxxx9520** <br><br> FL Power and Light <br> General Mail Facility <br> Mami, FL 33188 | - | | | | | | 12,256.03 |

Sheet no. __15__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **22,323.14**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Carl's Furniture, Inc.**                                          ,          Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Lawsuit #CACE 10-022809(02), breach of contract | | | | |
| Florida Panthers Hockey Club LTD c/o Elena Wildermuth Esq 2101 W Commercial Blvd #2800 Fort Lauderdale, FL 33309 | - | | | | X | X | X | 36,243.34 |
| Account No. | | | | | | | | |
| Gautier G41 1571 West Copans Rd #193 Pompano Beach, FL 33064 | - | | | | | | | 16,057.86 |
| Account No. | | | | | | | | |
| GBS Enterprises 1006 East Maple St Sutton, NE 68979 | - | | | | | | | 16,412.00 |
| Account No. **xxR157** | | | | | | | | |
| General Upholstery Supply 725 W 20 ST Hialeah, FL 33010 | - | | | | | | X | 118.15 |
| Account No. | | | | | | | | |
| Genesis Two Inc 760 E. Evanston Circle Fort Lauderdale, FL 33312 | - | | | | | | X | 0.00 |

Sheet no. __16__ of __44__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

68,831.35

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Carl's Furniture, Inc.** _____,    Case No. _____
                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xx0583**<br><br>**George Kovacs K02**<br>**The Minka Group**<br>**file 57473**<br>**Los Angeles, CA 90074** | - | | | | | | | 3,633.85 |
| Account No. **xxxxx9253**<br><br>**Global Views G28**<br>**PO Box 11527**<br>**Ft Worth, TX 76110** | - | | | | | | | 1,376.00 |
| Account No.<br><br>**Hammary H07**<br>**22824 Network Place**<br>**Chicago, IL 60673** | - | | | | | | | 4,244.37 |
| Account No.<br><br>**Hammer**<br>**14427 S Main St**<br>**Gardena, CA 90248** | - | | | | | | X | 181.04 |
| Account No.<br><br>**Hartford, The**<br>**PO Box 2907**<br>**Hartford, CT 06104** | - | | | | | | | 6,587.19 |

Sheet no. __17__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,022.45

B6F (Official Form 6F) (12/07) - Cont.

In re  **Carl's Furniture, Inc.** _____ ,  Case No. _____
                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | fuel | | | | | |
| **Hess Fleetone** **Hess Fleetone Acct.** **5042 Linbar Dr** **Nashville, TN 37211** | - | | | | | | | 2,502.66 |
| Account No. **xxxxxxxxx0356** | | | | | | | | |
| **Home Depot** **Acct #XXX6583** **PO Box 9055** **Des Moines, IA 50368** | - | | | | | | | 1,848.94 |
| Account No. | | | | | | | | |
| **Hooker Mfg** **PO Box 404535** **Atlanta, GA 30384** | - | | | | | | | 38,195.00 |
| Account No. | | | | | | | | |
| **Horich Parks Lebow** **101 Schilling Rd, Ste 30** **Hunt Valley, MD 21031** | - | | | | | | | 68,956.84 |
| Account No. | | | | | | | | |
| **Howard Miller** **PO Box 77362** **Detroit, MI 48277** | - | | | | | | | 1,618.00 |

Sheet no. __18__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**113,121.44**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Carl's Furniture, Inc.** _____ ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Immediate Pest Services** **1326 MW 2 Cir** **Boca Raton, FL 33432** | - | | | | | | | 1,524.28 |
| Account No. | | | | lawsuit, Case #CACE 07-034287(05), | | | | |
| **IRF Irrigation LLC** **c/o Gawane Grant Esq** **2331 N State Rd 7, #202** **Ft Lauderdale, FL 33313** | - | | | | X | X | X | 29,518.00 |
| Account No. | | | | lawsuit | | | | |
| **Ismael Valentin** **4307 Reflection Blvd #101** **Fort Lauderdale, FL 33351** | - | | | | X | X | X | 0.00 |
| Account No. | | | | | | | | |
| **Italian Homes LLC** **PO Box 602233** **Charlotte, NC 28260** | - | | | | | | | 7,662.60 |
| Account No. | | | | | | | | |
| **J E S Publishing Corp** **5455 N Federal Hwy** **Suite M** **Boca Raton, FL 33487** | - | | | | | | | 13,700.00 |

Sheet no. __19__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          52,404.88

B6F (Official Form 6F) (12/07) - Cont.

In re    **Carl's Furniture, Inc.**                                                              Case No. _____

                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxxxx0001**<br><br>JDI Klausner J13<br>PO Box 60475<br>Charlotte, NC 28260 | | - | | | | | | | 218,902.15 |
| Account No.<br><br>Jonathan Louis Int'l<br>544 W 130th St<br>Gardena, CA 90248 | | - | | | | | | | 114,020.00 |
| Account No.<br><br>Jose Camino<br>c/o Mai Ling Castillo Esq<br>One SE Third Ave #1800<br>Miami, FL 33131 | | - | | | lawsuit Case No 11-3650 SP, Breach Contract | X | X | X | 4,108.72 |
| Account No.<br><br>KART Brokerage Services<br>PO Box 1556<br>St Joseph, MO 64501 | | - | | | | | | | 13,540.00 |
| Account No. **xxxxx-x0001**<br><br>Klaussner Furniture<br>PO Box 60475<br>Charlotte, NC 28260 | | - | | | inventory | | | | 366,682.75 |

Sheet no. __20__ of __44__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              717,253.62

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Carl's Furniture, Inc.**                                                    ,         Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Knickerbocker PO Box 55 Little Ferry, NJ 07643** | - | | | | | | | 12,387.45 |
| Account No. **xxxxxx/xx9676** | | | | Maintenance Agreement Minolta copiers, and service supply contract | | | | |
| **Konica Minolta Busines Solutions Dept  AT 952823 Atlanta, GA 31192-2823** | - | | | | | | | 1,063.58 |
| Account No. **xxxxxxx-xx05KF** | | | | | | | | |
| **Kravet Fabrics PO Box 9000 Bethpage, NY 11714** | - | | | | | | | 252.48 |
| Account No. **xxx5109** | | | | | | | | |
| **Lane Co L12 Lane Acceptance Group PO Box 536823 Atlanta, GA 30353** | - | | | | | | | 39,058.47 |
| Account No. **xxx51-09** | | | | | | | | |
| **Lane Home Furnishings PO Box 536823 Atlanta, GA 30353** | - | | | | | | | 189,946.12 |

Sheet no. __**21**__ of __**44**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

242,708.10

B6F (Official Form 6F) (12/07) - Cont.

In re  **Carl's Furniture, Inc.**  ,                          Case No. _____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | lease, store #57, | | | | |
| Lauderhill Assoc Mr. Myron Baker 6810 N State Rd 7 Coconut Creek, FL 33073 | - | | | | | X | X | | 128,412.94 |
| Account No. | | | | | | | | | |
| Lauren Ralph Lauren PO Box 890258 Charlotte, NC 28289 | - | | | | | | | | 179,581.85 |
| Account No. **xxx5000** | | | | | | | | | |
| Lea Industries 22817 Network Pl Chicago, IL 60673 | - | | | | | | | | 4,380.00 |
| Account No. **xxrl53** | | | | | | | | | |
| Leather Trend L43 dba Richter Design Dept #6729 Los Angeles, CA 90084 | - | | | | | | | | 199,379.20 |
| Account No. | | | | | WC550-584228 2008 #WC 5-151-289198-018 and 2007 workers comp claim, Philip Sookram, medical estimated exposure for 5 years | | | | |
| Liberty Mutual Insurance Co PO Box 7247-0109 Philadelphia, PA 19170 | - | | | | | X | X | | 93,554.00 |

Sheet no. __22__ of __44__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                605,307.99

B6F (Official Form 6F) (12/07) - Cont.

In re   **Carl's Furniture, Inc.** _____ ,    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | lawsuit, warranty claim | | | | |
| Linda Stark 1111 Briny Ave #807 Pompano Beach, FL 33062 | | - | | | X | X | X | 2,108.32 |
| Account No. | | | | | | | | |
| Loloi 4501 Spring Valley Rd Dallas, TX 75244 | | - | | | | | | 4,906.61 |
| Account No. | | | | lawsuit, #2009CA042437XXXXMB(AJ), negligence | | | | |
| Lynne and Bernard Cohen c/o Robert Rossano Esq 1110 Brickell Ave #700 Miami, FL 33131 | | - | | | X | X | X | 15,000.00 |
| Account No. | | | | lawsuit | | | | |
| M A T International Shipping Inc 6501 NW 87th Ave Miami, FL 33178 | | - | | | X | X | X | 8,987.57 |
| Account No. | | | | | | | | |
| Mantua M27 6905 Adamo Drrive Tampa, FL 33619 | | - | | | | | | 1,880.00 |

Sheet no. __23__ of __44__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          32,882.50

B6F (Official Form 6F) (12/07) - Cont.

In re    **Carl's Furniture, Inc.**                                                    ,          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Mar Tech** **7713 3rd Terrace** **Lake Worth, FL 33463** | - | | | | | | 972.92 |
| Account No. | | | | | | | |
| **Marcel Dezembro** **1823 NE 1 Ave** **Pompano Beach, FL 33069** | - | | | | | X | 200.00 |
| Account No. | | | | | | | |
| **Marth Stewart - Case Goods** **Bernhardt Furniture Co** **12197 Collections Center Dr** **Chicago, IL 60693** | - | | | | | | 33,023.50 |
| Account No. **CAR** | | | | | | | |
| **Media Printing Corporation** **4300 N Powerline Rd** **Pompano Beach, FL 33073** | - | | | | | | 9,175.00 |
| Account No. | | | contract for background music in stores | | | | |
| **Melody Inc** **PO Box 522170** **Miami, FL 33152** | - | | | | X | X | 653.44 |

Sheet no. __24__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 44,024.86 |
|---|---|---|

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Carl's Furniture, Inc.**                                      ,        Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **MFW Trucking** **11205 West Atlantic Blvd** **Coral Springs, FL 33071** | - | | | | | | | 1,181.05 |
| Account No. **xxxx9001** | | advertising | | | | | | |
| **Miami Herald** **One Herald Plaza** **Miami, FL 33132** | - | | | | | | X | 128,248.40 |
| Account No. | | | | | | | | |
| **Miami-Dade County Tax Collector** **p o box 013701** **miami, FL 33101** | - | | | | | | | 7,334.36 |
| Account No. | | | | | | | | |
| **Miller Glass** **PO Box 940** **Bear, DE 19701** | - | | | | | | | 2,460.00 |
| Account No. **495** | | | | | | | | |
| **Mirror Crafters M58** **1530 SW 5th Ct, Suite C** **Pompano Beach, FL 33069** | - | | | | | | | 476.38 |

Sheet no. __25__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

139,700.19

B6F (Official Form 6F) (12/07) - Cont.

In re  **Carl's Furniture, Inc.** _____,  Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| MMRT Trucking 11875 SW 133rd Terr Miami, FL 33186 | - | | | | | X | 171.62 |
| Account No. | | | | | | | |
| Mohawk Finishing Products Div of RPM Wood PO Box 535414 Miami, FL 33142 | - | | | | | X | 635.52 |
| Account No. | | | lawsuit CACE 10-21208, negligence | | | | |
| Morosohk c/o Scott McCullough, Esq 4699 Davie Road Fort Lauderdale, FL 33314 | - | | | X | X | X | 15,000.00 |
| Account No. **xx1530** | | | | | | | |
| Muniz Plastics Inc Megan Finance Corp 2276 N 21 Terr Miami, FL 33142 | - | | | | | | 2,904.00 |
| Account No. **CARLS** | | | | | | | |
| National Litho, LLC One Biscayne Tower, Ste 3301 2 South Biscayne Blvd Miami, FL 33131 | - | | | | | X | 6,685.23 |

Sheet no. __26__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           25,396.37

B6F (Official Form 6F) (12/07) - Cont.

In re    **Carl's Furniture, Inc.**                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Natuzzi N13** **130 W Commerce Blvd** **High Point, NC 27260** | - | | | | | X | | 174,083.23 |
| Account No. | | | | lawsuit Case #10-62138CIV Jordan, American Disabilities Act | | | X | |
| **Nolan Campbell** **c/o Tal Shemtov Esq** **9715 W Broward Blvd #256** **Fort Lauderdale, FL 33324** | - | | | | | | | 7,500.00 |
| Account No. | | | | Note | | | | |
| **Noreen Friedman** **Personal Rep, Est Frederick H Friedman** **4600 NW 24 Ave** **Boca Raton, FL 33431** | - | | | | | | | 315,000.00 |
| Account No. | | | | | | | | |
| **Office Depot** **PO Box 633211** **Cincinnati, OH 45263** | - | | | | | | | 920.05 |
| Account No. **xx43GA** | | | | | | | | |
| **Ohio Table Pads O10** **Corporate Offices** **p o box 10010** **Perrysburg, OH 43552** | - | | | | | | | 749.90 |

Sheet no. __27__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

498,253.18

B6F (Official Form 6F) (12/07) - Cont.

In re   **Carl's Furniture, Inc.** _____ ,   Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Optimum Landscaping, Inc.** **304 Indian Trace  #628** **Weston, FL 33326** | - | | | | | | | 1,057.01 |
| Account No. **xxxx2959** | | | | | | | | |
| **Oracle Elevator Company** **PO Box 636843** **Cincinnati, OH 45263** | - | | | | | | | 4,390.04 |
| Account No. | | | | lawsuit | | | | |
| **Oscar I Rodriquez** **817 NE 27 St** **Belle Glade, FL 33430** | - | | | | X | X | X | 0.00 |
| Account No. | | | | | | | | |
| **Otis Spunkmeyer** **7090 Collection Drive** **Chicago, IL 60693** | - | | | | | | | 416.99 |
| Account No. | | | | rent North Palm and Stuart | | | | |
| **P D C Properties Inc - Panatoni** **Naimerin Hunter Codman Inc** **1601 Forum Place** **West Palm Beach, FL 33401** | - | | | | | | X | 17,580.00 |

Sheet no. __**28**__ of __**44**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **23,444.04**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Carl's Furniture, Inc.**                                      ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Pacific Coast Feather** **PO Box 3801** **Seattle, WA 98124** | - | | | | | | 1,512.46 |
| Account No. **xxRL03** | | | | | | | |
| **Pastel Furniture** **Attn: Dept. PP** **One Minson Way** **Montebello, CA 90640** | - | | | | | | 30,364.10 |
| Account No. | | | | | | | |
| **Patusan Fine Rugs Inc** **2765 S Park Rd** **Bethel Park, PA 15102** | - | | | | | X | 3,800.00 |
| Account No. **xxxxx-xx4228** | | | worker's comp claim.  covered by Liberty Mutual Ins retro plan.  Debtor being billed for future invoices - 5 years | | X | X | |
| **Philip Sookram** **c/o Liberty Mutual Commercial WC** **Claims** **PO Box 49000** **Charlotte, NC 28277** | - | | | | | | 893,900.00 |
| Account No. | | | lawsuit, workers' comp benefits | | | | |
| **Phillip Sookram** **c/o Nick Panebianco Esq** **1330 SE 4 Ave** **Fort Lauderdale, FL 33316** | - | | | X | X | X | 0.00 |

Sheet no. __29__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

929,576.56

B6F (Official Form 6F) (12/07) - Cont.

In re  **Carl's Furniture, Inc.**                                    ,          Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | - | | | | | | |
| **Picture Source  P06** **5961 Corson Ave South** **Seattle, WA 98108** | | | | | | | | 3,384.00 |
| Account No. | | - | | | | | | |
| **Pitney Bowes Inc** **P.O. Box 371896** **Pittsburgh, PA 15250** | | | | | | | | 576.69 |
| Account No. | | - | | | | | | |
| **Powell** **L. Powell Acquisition Corp** **Lockbox 776030** **Chicago, IL 60677** | | | | | | | | 524.56 |
| Account No. | | - | | | | | | |
| **Precedent P02** **PO Box 890074** **Charlotte, NC 28289** | | | | | | | | 10,808.00 |
| Account No. | | - | | | | | | |
| **Professional Filing Systems, Inc** **1360 NW 97th Ave** **Plantation, FL 33322** | | | | | | | | 814.02 |

Sheet no. __30__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                16,107.27

B6F (Official Form 6F) (12/07) - Cont.

In re   **Carl's Furniture, Inc.**                                     , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Propane U S A** **PO Box 936593** **Margate, FL 33093** | - | | | | | X | 138.69 |
| Account No. **xxxxxxxxxxxx5514** | | | | | | | |
| **Purchase Power** **PO Box 856042** **Louisville, KY 40285** | - | | | | | | 1,389.47 |
| Account No. | | | | | | | |
| **QC Crating Inc** **8270 NW 70th St** **Miami, FL 33166** | - | | | | | | 386.99 |
| Account No. | | | | | | | |
| **R J R Enterprises Inc** **PO Box 2343** **Thomasville, NC 27361** | - | | | | | | 900.00 |
| Account No. | | | | | | | |
| **Rachlin Group  LLC** **343 N Harvard Ave** **Claremont, CA 91711** | - | | | | | | 145,455.00 |

Sheet no. __31__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    148,270.15

B6F (Official Form 6F) (12/07) - Cont.

In re      **Carl's Furniture, Inc.** _____,      Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Ricks Trucking Delivery Inc.** **8025 NW 83rd St** **Tamarac, FL 33321** | - | | | | | | | 364.98 |
| Account No. **xx0012** | | | | | | | | |
| **Samuel Lawrence** **P.O. Box 403072** **Atlanta, GA 30384** | - | | | | | | | 529.65 |
| Account No. **151** | | | | | | | | |
| **Schnadig** **P.O. Box 890258** **Charlotte, NC 28289** | - | | | | | | | 99,546.25 |
| Account No. | | | | | | | | |
| **Sealy of OH  S13** **PO Box 932621** ` **Atlanta, GA 31193** | - | | | | | | | 9,609.71 |
| Account No. **xxxxxx4095** | | | | | | | | |
| **Shell Fleet Management** **PO Box 9010** **Des Moines, IA 50368** | - | | | | | | | 2,305.02 |

Sheet no. __**32**__ of __**44**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            112,355.61

B6F (Official Form 6F) (12/07) - Cont.

In re   **Carl's Furniture, Inc.**                                                              ,          Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| Sign Source USA 2441 NW 16 Lane Bay 4 Pompano Beach, FL 33064 | - | | | | | | | | 1,000.05 |
| Account No. **CARLS** | | | | | | | | | |
| Singerman Mills Desberg Kauntz Co. LPA 3333 Richmond Rd Beachwood, OH 44122 | - | | | | | | | | 3,954.93 |
| Account No. **CARLS** | | | | | | | | | |
| Slattery and Associates 2060 NW Boca Raton Blvd suite 2 Boca Raton, FL 33431 | - | | | | | | | X | 190.00 |
| Account No. | | | | | | | | | |
| Sligh Furniture PO Box 67000 dept 286401 Detroit, MI 48267 | - | | | | | | | | 30,876.62 |
| Account No. | | | | | | | | | |
| Softchoice Corporation 16609 Collections Center Dr Chicago, IL 60693 | - | | | | | | | X | 2,104.20 |

Sheet no. __33__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

38,125.80

B6F (Official Form 6F) (12/07) - Cont.

In re  **Carl's Furniture, Inc.** ,                          Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Southwest 100  Associates <br> Mr Myron Baker <br> 6810 N State Rd 7 <br> Coconut Creek, FL 33073 | - | | Lease - Store #53 located at 2301 W Atlantic Blvd, Pompano Beach (Carl's Furniture, Inc.) | | | | 219,960.70 |
| Account No. <br><br> Southwest 100 Associates <br> Myron Baker <br> 6810 N State Rd 7 <br> Coconut Creek, FL 33073 | - | | rent  Store #51 - South Dade | X | X | | 47,468.87 |
| Account No. **Carls Furniture Pompano** <br><br> Southwest 33 Associates <br> c/o Myron Baker <br> 6810 N State Rd 7 <br> Coconut Creek, FL 33073 | | | Carl's Furniture Company #53 and Carls Patio #64 real estate taxes | | | | 158,658.15 |
| Account No. <br><br> Southwest 33rd Associates <br> Mr. Myron Baker <br> 6810 N State Rd 7 <br> Pompano Beach, FL 33073 | - | | rent - Pompano store, 2301 W Atlantic Blvd, Pompano Beach | | | | 274,313.58 |
| Account No. <br><br> Splice Software <br> 220 - 6125 11 St SE <br> Calgary, Alberta T2H 2L6 | - | | | | | | 2,965.07 |

Sheet no. __34__ of __44__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **703,366.37**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Carl's Furniture, Inc.**                                                    ,          Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xx3450**<br><br>Stanley Furniture Co<br>PO Box 934225<br>Atlanta, GA 31193 | - | | | | | | | | 3,633.00 |
| Account No.<br><br>Star International<br>30322 Esperanza #100<br>Rancho Santa Margarita, CA 92688 | - | | | | | | | X | 80.02 |
| Account No. **xxR002**<br><br>Star Lift Inc.<br>PO Box 173568<br>Hialeah, FL 33017 | - | | | | | | | | 796.26 |
| Account No. **xxx0025**<br><br>Starmount Home Furnishing<br>501 Hoyle St SW<br>Valdese, NC 28690 | - | | | | | | | | 35,786.50 |
| Account No. **xxx0025**<br><br>Starmount Upholstery<br>501 Hoyle St SW<br>Valdese, NC 28690 | - | | | | | | | | 8,275.00 |

Sheet no. __35__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                48,570.78

B6F (Official Form 6F) (12/07) - Cont.

In re   **Carl's Furniture, Inc.**
_____ ,         Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Statewide Transportation** **9715 W Broward Blvd** **#169** **Plantation, FL 33324** | - | | | | | | X | 273.25 |
| Account No. | | | | | | | | |
| **Stearns - Foster S53** **PO Box 932621** **Atlanta, GA 31193** | - | | | | | | | 96,322.82 |
| Account No. **xx0775** | | | | | | | | |
| **Steinworld S62** **1721 Latham St** **Memphis, TN 38106** | - | | | | | | | 903.05 |
| Account No. **&xxx3457** | | | | | | | | |
| **Stone International** **65 East Oak Street** **Chicago, IL 60611** | - | | | | | | | 7,410.00 |
| Account No. | | | | | | | | |
| **Strad Design Int'l** **PO Box 60188** **Brooklyn, NY 11206** | - | | | | | | | 38,766.00 |

Sheet no. __**36**__ of __**44**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

143,675.12

B6F (Official Form 6F) (12/07) - Cont.

In re  **Carl's Furniture, Inc.**                                                           ,          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **StyleCraft Home Collection** **c/o Key Bank** **PO Box 74358** **Cleveland, OH 44194** | - | | | | | | | 13,338.65 |
| Account No. | | | | lawsuit, breach implied warranty | | | | |
| **Sulim Krimshtein** **c/o Max A Goldfarb** **19 West Flagler St #703** **Miami, FL 33130** | - | | | | X | X | X | 1,854.64 |
| Account No. | | | | | | | | |
| **Summit Des** **1401  SW 8th St** **Pompano Beach, FL 33069** | - | | | | | | | 29,816.64 |
| Account No. **xxxxxx0002** | | | | advertising | | | | |
| **Sun Sentinel** **PO Box 804866** **Chicago, IL 60680** | - | | | | | | | 79,457.40 |
| Account No. | | | | condo assoc due - North Miami | | | | |
| **Sunshine State International** **Park Association** **1521 NW 165th ST** **Miami, FL 33169** | - | | | | | | X | 5,154.05 |

Sheet no. __37__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

129,621.38

B6F (Official Form 6F) (12/07) - Cont.

In re   **Carl's Furniture, Inc.** ,   Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xx-xARLS** Surya PO Box 566 Calhoun, GA 30703 | - | | | | | | | 217.23 |
| Account No. Swaim PO Box 4189 High Point, NC 27263 | - | | | | | | X | 0.00 |
| Account No. Three Keys, LLC 5106 Manning Dr Bethesda, MD 20814 | - | | | | | | | 4,200.00 |
| Account No. TNT Solutions 14231 W 123rd Ter Olathe, KS 66062 | - | | | | | | X | 136.00 |
| Account No. Triangle Fire Inc 7720 NW 53 St Miami, FL 33166 | - | | | | | | | 874.95 |

Sheet no. __38__ of __44__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  5,428.18

B6F (Official Form 6F) (12/07) - Cont.

In re   **Carl's Furniture, Inc.**
_____,
                                    Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| Tropical Trailer Leasing, LLC PO Box 430766 Miami, FL 33243 | - | | | | | | X | 164.07 |
| Account No. | | | | | | | | |
| Uncion Natural, Inc. 2492 center gate dr apt #205 miramar, FL 33025 | - | | | | | | | 5,955.92 |
| Account No. | | | | unemployment appeal | | | | |
| Unemployment Appeals Commission c/o Louis A. Gutierrez Esq 2740 Centerview Dr #101 Tallahassee, FL 32399 | - | | | | X | X | X | 0.00 |
| Account No. **xx8Y2A** | | | | 10254X, 3X#C | | | | |
| United Parcel Service PO Box 7247-0244 Philadelphia, PA 19170 | - | | | | | | | 1,000.00 |
| Account No. | | | | | | | | |
| Universe Freight Brokers 1970 NW 70th Ave Miami, FL 33126 | - | | | | | | | 46,150.00 |

Sheet no. __39__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                       53,269.99

B6F (Official Form 6F) (12/07) - Cont.

In re    **Carl's Furniture, Inc.**                                                     ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **USA Lighting & Maintenance Supplies** 1300 Stirling Rd #10 & b Dania, FL 33004 | | - | | | | | | 1,599.14 |
| Account No. **7549** **Uttermost Co** PO Box 79086 Baltimore, MD 21279 | | - | | | | | | 3,200.80 |
| Account No. **Valspar** 1852 Solutions Center Chicago, IL 60677 | | - | | | | | X | 135.45 |
| Account No. **xxx2851** **Venture V11** Lane Furniture Industries, Inc. PO Box 536823 Atlanta, GA 30353 | | - | | | | | | 3,597.00 |
| Account No. **xxxxxxxxxx2379** **Waste Management** PO Box 105453 Atlanta, GA 30348 | | - | | Waste Management Contracts, Warehouse, Store #53, #54, #55 | | | | 3,932.66 |

Sheet no. __40__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **12,465.05**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Carl's Furniture, Inc.**                                                              , Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxx1949**  <br><br>**Waste Management**<br>**PO Box 105453**<br>**Atlanta, GA 30348** | - | | | | | | 4,998.58 |
| Account No.  <br><br>**Waste Services of FL, Inc**<br>**PO Box 6494**<br>**Carol Stream, IL 60197** | - | | | | | | 1,354.63 |
| Account No.  <br><br>**WEAT FM**<br>**PO Box 905690**<br>**Carlotte, NC 28290** | - | | | | | | 9,413.75 |
| Account No.  <br><br>**WFOR TV**<br>**PO Box 905891**<br>**Charlotte, NC 28290** | - | | | | | | 36,299.25 |
| Account No.  <br><br>**Windstream**<br>**2301 Lucien Way**<br>**suite 200**<br>**Maitland, FL 32751** | - | | | | | | 2,477.28 |

Sheet no. __41__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **54,543.49**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Carl's Furniture, Inc.**                                                    ,          Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **WIRK FM** PO Box 905690 Charlotte, NC 28290 | | - | | | | | | 3,060.00 |
| Account No. **WKIS-FM** 194 NW 187 St Miami, FL 33169 | | - | | | | | | 3,740.00 |
| Account No. **WLYL FM** 20450 NW 2 Ave Miami, FL 33169 | | - | | | | | | 5,061.75 |
| Account No. **WMJX FM** 20450 NW 2 Ave Miami, FL 33169 | | - | | | | | | 3,655.00 |
| Account No. **Woodard** PO Box 227211 Dallas, TX 75222 | | - | | | | | | 18,861.17 |

Sheet no. __42__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

34,377.92

B6F (Official Form 6F) (12/07) - Cont.

In re  **Carl's Furniture, Inc.** _____ ,  Case No. _____
                                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| WPBF TV PO Box 26885 Lehigh Valley, PA 18002 | - | | | | | | 14,127.00 |
| Account No. | | | | | | | |
| WPEC TV 12 PO Box 198512 West Palm Beach, FL 33419 | - | | | | | | 19,006.00 |
| Account No. | | | advertising | | | | |
| WPLG TV 3900 Biscayne Blvd ATTN credit dept Miami, FL 33137 | - | | | | | | 32,300.00 |
| Account No. | | | | | | | |
| WPTV PO Box 116871 Atlanta, GA 30368 | - | | | | | | 28,997.75 |
| Account No. | | | | | | | |
| WSVN TV Miami, FL 33238 | - | | | | | | 39,142.50 |

Sheet no. __43__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **133,573.25**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Carl's Furniture, Inc.** _____ ,      Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **YRC** **PO Box 905587** **Charlotte, NC 28290** | - | | | | | | X | |
| | | | | | | | | 39.50 |
| Account No. | | | | | | | | |
| **Zuo Mdern Contemporary** **PO Box 51866** **Irvine, CA 92619** | - | | | | | | | |
| | | | | | | | | 40,321.94 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __44__ of __44__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 40,361.44 |
| | Total (Report on Summary of Schedules) | 8,241,236.17 |

B6G (Official Form 6G) (12/07)

In re    **Carl's Furniture, Inc.**                                              ,    Case No. _____
                                   Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **559 N Federal Associates**<br>**Myron Baker**<br>**6810 N State Road 7**<br>**Pompano Beach, FL 33073** | **real property lease for Carl's Furniture, Inc., warehouse 170,000 sq ft and mezzanine located at 5480 W Hillsboro Blvd, Coconut Creek, FL 33073, 1/1/2008** |
| **559 North Federal Associates**<br>**Mr Myron Baker**<br>**6810 N State Road 7**<br>**Pompano Beach, FL 33073** | **business premises real property lease dated 1/1/2008 for debtor's offices and main showroom at 6810 North State Road 7, Cocomunt Creek, FL. annual base rent $756,000, pro rata hare of landlord operating expenses 22.14%,** |
| **Americas Dustbuster Inc**<br>**PO Box 380458**<br>**Miami, FL 33238** | **contract for cleaning services** |
| **APL Company Pte Ltd**<br>**American President Lines Ltd**<br>**1111 Broadway**<br>**Oakland, CA 94607** | **Service Contract #EB09/1300 Tariff FMC No. 20 for transportation of Merchant's commodities between origin and destination locations - furniture, decorations, patio furniture, April 28, 2011** |
| **Bank of America**<br>**PO Box 40329**<br>**Jacksonville, FL 33203-0329** | **Merchant Credit Card Processing Agreement** |
| **Carl's Patio Inc**<br>**301 Camino Gardens Blvd #101**<br>**Boca Raton, FL 33432** | **Sublease of premises at 1400 NW 167 Street, Miami, Fl to Carl's Patio, Inc. dated 1/1/2008 for 15,000 rentable square feet, for 60 months, annual base rent $129,694.00** |
| **Continental Equities, Inc.**<br>**1300 N.W. 167 Street**<br>**Miami Gardens, FL 33169** | **Real Property lease, purchase option for business premises of Carl's Furniture of North Dade, Inc. at 1400 NW 167 Street, Miami, FL 33169, original lease executed by Levitz Furniture Company on 6/16/1971 and assigned and assumed by Carl's Furniture, Inc. on 10/1/2000.  Lease modification 10/18/2000  Renewal Option 4 successive options, each for 5 yrs.  Rent $167,082.36, plus real estate taxes, sales taxes, interest** |
| **Customer Sales Contracts** | **Carl's Furniture, Inc. has numerous pending sales contracts with customers for the purchase of furniture, accessories and rugs.  deposits total $1,631,566.21.  The Debtor will honor agreements to fulfill goods purchased 100% towards order placed, but no refunds** |

1

____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **Carl's Furniture, Inc.**                                                                  ,        Case No. _____
                                                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Devcon Security Services**<br>**141 NW 20 St**<br>**Boca Raton, FL 33431** | **Installation and Service Agreement for perimeter, interior motion detection, glass break detection, emergency panic, and service. Store #51-11/21/2005; Store #53 11/21/2005: Store 54 Showroom - fire alarm system 6/28/2007; Store #56 6/28/2007;** |
| **Konica Minolta Business Solutions**<br>**Dept 952823**<br>**Atlanta, GA 31192-2823** | **Maintenace Agreement Contracts Warehouse #287477/799676; Store #50 Acct #869569; Store #51 Acct#299343; Store #53 Acct #799677; Store #55 Acct #683307; Corporate Acct #299345** |
| **Melody Inc**<br>**PO Box 522170**<br>**Miami, FL 33152** | **contract from background music in stores.  over 20 years old, renewal every 5 yrs** |
| **Premium Assignment Corp**<br>**PO Box 3066**<br>**3522 Thomasville Rd**<br>**Tallahassee, FL 32315** | **Premium Finance Agreement #A881542 for insurance premiums, 12/1/2010, ten payments beginning 1/15/2011 - $3,584.06 per month** |
| **Premium Assignment Corp**<br>**PO Box 3066**<br>**Tallahassee, FL 32315** | **Premium Finance Agreement # A899502 for insurance premiums  1/1/2011; Eleven payments of $22,505.93 per month beginning 2/15/2011.** |
| **Southwest 33 Associates**<br>**c/o Myron Baker**<br>**6810 N. State Road 7**<br>**Pompano Beach, FL 33073** | **real property lease for Carl's Furniture, Inc. for Pompano Location (store #53) at 2301 West Atlantic Boulevard, Pompano Beach** |
| **Waste Management**<br>**PO Box 105453**<br>**Atlanta, GA 30348** | **Service Agreement Contracts:  #237010888822375 - Warehouse; Store #53 Acct 237004855722379; Store 54 Acct 237010891422379; Store #55 Acct #2370022757322379** |

Sheet  __1__  of  __1__  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6H (Official Form 6H) (12/07)

In re  **Carl's Furniture, Inc.** _____ ,  Case No. _____
                              Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Southern District of Florida

In re __Carl's Furniture, Inc._____  Case No. _____
                                              Debtor(s)       Chapter __11_____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __66__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __May 23, 2011_____        Signature   __/s/ Jeff Baker_____
                                                          __Jeff Baker__
                                                          __President__

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                     Best Case Bankruptcy

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Southern District of Florida

In re   **Carl's Furniture, Inc.**                                        Case No.                         
                                      Debtor(s)                          Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

      This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

      Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

      *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

      *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | |
|---|---|---|
| **$1,399,224.00** | **2011** | **Sales** |
| **$8,709,341.00** | **2010** | **Sales** |
| **$12,440,459.00** | **2009** | **Sales** |
| **$17,586,218.00** | **2008** | **Sales** |

**2. Income other than from employment or operation of business**

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a.  *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See Attached List** | | **$0.00** | **$0.00** |

None ☐

c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **see attached** | | **$0.00** | **$0.00** |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **The CIT Group Commercial Services, Inc vs Carl's Furniture Inc, Case No. 0949307(14)** | **Collection** | **Circuit Court of 17th Judicial Circuit, Broward County** | **pending** |
| **Morosohk vs Carl's Furniture Inc, Case No. CACE 10 21208** | **negligence (PI)** | **Circuit Court of 17th Judicial Circuit, Broward County, FL** | **Settled** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Sulim Krimshtein vs Carl's Furniture of North Dade dba Carl's and Sealy Mattress Manufacturing Co Inc, Case No. 08-14527 SP (05) | breach implied warranty | In the County Court in and for Miami Dade County, Florida | pending |
| Lynne & Bernard Cohen vs Carl's Furniture Plaza, Inc., Case No. 2009CA042437XXXXMB(AJ) | negligence (PI) | In the Circuit Court in and for Palm Beach County, FL | pending |
| Alene and Joe Bass vs Carl's Furniture, Inc. and Andrew Pearson Industries, Inc, Case No. 502010CA027519XXXXMB(AN) | negligence/strict liability | In the Circuit Court in and for Palm Beach County, FL | pending |
| Jose Camino vs Carl's Furniture Inc d/b/a Carl's, Case No. 11-3650 SP (05) | breach contact | In the County Court in and for Miami Dade County, FL | pending |
| Desiree Perez vs Carl's Furniture Inc d/b/a Carls, Case No. 502008CA035418XXXXMB(AI) | breach contract - deceptive unfair trade practice act | In the Circuit Court in and for Palm Beach County, FL | pending |
| David Malkin vs Carl's Furniture Inc and Counterclaim, Case No. CACE 07-002089(03) | wrongful termination | In the Circuit Court in and for Broward County, FL | pending |
| IRF Irrigation LLC vs Carl's Furniture, Inc., Case No. CACE 07-034287(05) | breach of contract | In the Circuit Court in and for Broward County, FL | pending |
| Nolan Campbell vs Carl's Furniture Inc, Case No. 10-62138-CIV Jordan | American Disabilities Act claim | U.S. District Court, Southern District of Florida | |
| Arena Operating Company LTD and Florida Panthers Hockey Club LTD vs Carl's Furniture, Inc., Case No. CACE 10 022809(02) | breach contract | In the Circuit Court, Broward County, FL | pending |
| Carl's Furniture and Carl's Furniture of North Dade, Inc. vs Oscar Rodriquez, Case No. 11-7411 SP (23) | conversion | In the Circuit Court in and for Miami Dade County, FL | pending |
| Carl's Furniture vs Luis Vicedo, Case No. 502007CC009686XXXXMB(RJ) | breach contract | In the Circuit Court, Palm Beach County, FL | pending |
| Carl's Furniture Inc vs Vilarino Property Group Inc fdba Normandy Plaza Hotel and Irina Vilarino, Case No. 502101SC011072XXXXSB(RD) | breach contract | In the Circuit Court in and for Palm Beach County, FL | pending |
| Carl's Furniture Inc vs Marcia Del Rey aka Maria Del Rey and Luis Garcia, Case No. 502010SC013641XXXXMB(RL) | breach contract | In the Circuit Court, Palm Beach County, FL | pending |
| Carl's Furniture of North Palm Beach vs Steven Pass, Case No. 502010SC013545XXXXMB(RF) | breach contract | In the Circuit Court, Palm Beach County, FL | pending |
| Carl's Furniture Inc vs Peter Lyons, Case No. 502009CC004371XXXXMB (RL) | breach contract | In the County Court in and for Palm Beach County FL | pending |
| Carl's Furniture of North Palm Beach Inc vs Jo Helo, Case No. 502010SC013335XXXXMB(RJ) | breach contract | In the County Court in and for Palm Beach County, FL | pending |
| Carl's Furniture Inc vs Gary Ellsworth & Douglas Herbst, Case No. CACE 09-006635(13) | breach contract | In the Cunty Court in and for Broward County, FL | settled |
| Carl's Furniture Inc vs Dorinda Cortada, With Counterclaim, Case No. CACE 08-003753(51) | breach of contract | In the Circuit Court, Broward County, FL | pending |
| Carl's Furniture Inc vs Lorna Francione, Case NO. CONO 06-006197(71) | breach contract | In the County Court, Broward County, FL | pending |
| Carl's Furniture Inc vs Dana Barklacic Hargreaves, Case No. CONO 06-001746(71) | breach contract | In the County Court, Broward County, FL | pending |
| Carl's Furniture Inc vs Oscar Mendez, Case No. CONO 07-001483(71) | breach of contract | In the County Court, Broward County, FL | pending |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Carl's Furniture, Inc. vs , Ismael Valentin, Unemployment Appeals Commission, et al, Case No. 4D11-56 | Unemployment Compensaton Appeal | 4th DCA | initial briefing |
| Carl's Furniture of North Dade, Inc. vs Richard Cochran, Case # CONO 10-005183(73) | breach contract | County Court, Broward County, FL | pending |
| LA-Z-Boy Greensboro, Inc. d/b/a American Drew, Hammary and Lea Industries vs Carl's Furniture Plaza, Inc., case No. 11 CVS 673 | collection | In the General Court of Justice, Superior Court Div, North Carolina, Guilford County | pending |
| Phillip Sookram vs Carl's Furniture Inc and Liberty Mutual Insurance Company | Worker's Comp benefits | OJCC, Broward County | pending |
| Hammary and Lea Industries vs Carl's Furniture Plaza Inc, | collection | | pending |
| Carl's Furniture, Inc. vs Angela Mini, Case No. 09-020217(08) | NSF check | Broward County Circuit Court | pending |
| Linda Stark vs Carl's Furniture Inc, Case No. CONO 11-04208 SP | warranty claim | County Court, Broward County, FL | pending |
| M.A.T. International Shipping Inc vs Carl's Furniture Inc a/d/b/a Carl's Furniture of North Dade Inc, Case No. 11-05214 CC 05 | collection | County Court, Miami - Dade County, FL | pending |

None
■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.  Repossessions, foreclosures and returns**

None
■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.  Assignments and receiverships**

None
■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7.  Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8.  Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9.  Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Robert C. Furr, Esq.**<br>**Furr and Cohen P.A.**<br>**2255 Glades Road #337W**<br>**Boca Raton, FL 33431** | **4/4/2011  50,000.00 ($29,635.05 applied to current bill before the filing of the Chapter 11 up to date of filing, leaving a retainer balance of $20,364.95)**<br>**5/4/2011  $50,000.00**<br>**paid by Carl's Furniture Inc for this Chapter 11 proceeding and the Chapter 11 proceedings of four related entities..** | **$100,000.00** |

### 10.  Other transfers

None
☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Genesis Two Inc**<br>**Yackcain Hugh Newell**<br>**760 E Evanston Cir**<br>**Fort Lauderdale, FL 33312**<br>        **employee** | | **sold 2003 International White Truck VIN#1HTMMAAM83H561682 for $22,537.20, Note payable from Genesis Two Inc, balance due as of 4/1/2011 is $4,437.27** |
| **Ricardo Ramirez Vargas**<br>**22110 SW 93 Pl**<br>**Miami, FL 33190**<br>        **employee** | | **2003 International Truck VIN #1HTMMAAX3H561683, sold to Richardo Vargas for $25,659.35, Note receivable - balance due as of April 1, 2011 - $7,078.82** |

None ■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

### 11. Closed financial accounts

None ■ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12. Safe deposit boxes

None ■ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13. Setoffs

None ■ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14. Property held for another person

None □ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| Miresco | Rugs in sublease department belong to Miresco | debtor's premises |

### 15. Prior address of debtor

None ■ If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Carl's Furniture, Inc. d/b/a Carl's | 59-0914890 | 6810 North State Rd 7, Coconut Creek, (#54) 2301 W Atlantic Blvd, Pompano Bch (#53) 3700 N Fed Hwy, Ft Lauderdale (#55) Coconut Creek, FL 33073 | retail furniture sales | 1/13/1941 to present |
| Carl's Furniture Plaza, Inc. #56 Boca | xxxxxx1006 | 6650 N Federal Hwy Boca Raton, FL 33487 | furniture store | 6/22/1977 to present |
| Carl's Furniture of South Dade Inc #51 | XXXXX7271 | 7501 SW 100 St Miami, FL 33156 | furniture sales | 1993 to present |
| Carl's Furniture of North Dade Inc #50 | XXXXX 3546 | 1400 NW 167 St Miami, FL 33169 | furniture sales | 1996 to present |
| Carl's of Lauderhill, Inc. #57 | xxxxx5126 | 5051 N University Dr Fort Lauderdale, FL 33321 | furniture sales | 1986 to present |
| Carl's Furniture of Stuart, Inc. #78 | xxxx2634 | 2020 NW US Hwy 1 Stuart, FL 34994 | furniture sales | 1997 to March 2011 |
| Carl's Mattress Inc. #88 | xxxxx0260 | 2020 NW US Hwy 1 Stuart, FL 34994 | furniture sales | 1990 to March 2011 |
| Carl's Patio, Inc. | xxxxx3884 | 301 Camino Gardens Blvd #101 Boca Raton, FL 33432 | retail sale of patio furniture  (10% interest) | 8/25/2008 to present |

None
   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                              ADDRESS


    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

    *(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

___

**19. Books, records and financial statements**

None
☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                              DATES SERVICES RENDERED
**Barry M Robbin**                                            **In-House accountant**
**6810 N State Rd 7**
**Coconut Creek, FL 33073**

**Licker & Associates Inc. CPAs**
**4517  Renaissance Pkwy**
**Cleveland, OH 44128**

None
☐   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Worker's Compensation Audit** | | **February 2011** |

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME
**Jeff Baker**

ADDRESS
**Carl's Furniture Inc**
**6810 N State Road 7**
**Coconut Creek, FL 33073**

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS          DATE ISSUED

**20. Inventories**

None ☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| **2/28/2011** | **Mike Millana (Warehouse) George Esposito (Pompano)** | **warehouse $1,671,835,cost (warehouse is a rolling, continuous inventory; Pompano $1,113,666, cost** |

None ☐    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **2/28/2011** | **Jeff Baker**<br>**6810 N State Rd 7**<br>**Coconut Creek, FL 33073** |

**21 . Current Partners, Officers, Directors and Shareholders**

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS          NATURE OF INTEREST          PERCENTAGE OF INTEREST

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Robert Dragin**<br>**6810 North State Road 7**<br>**Pompano Beach, FL 33073** | **Vice President** | |
| **Myron Baker**<br>**6810 North State Rd 7**<br>**Pompano Beach, FL 33073** | **Secretary** | |
| **Jeff Baker**<br>**6810 North State Road 7**<br>**Pompano Beach, FL 33073** | **President** | |
| **Furniture Land, Inc.** | **shareholder** | **100%** |

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Teri Kennedy**<br>**6650 North Federal Hwy**<br>**Boca Raton, FL 33487** | **Asst Secretary** | |

---

**22 . Former partners, officers, directors and shareholders**

None
■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Robert Dragin**<br>   **Shareholder of Furniture Land, Inc.** | **legal fees    3/1/2010** | **$7,500.00** |
| **Myron Baker**<br>   **Shareholder of Furniture Land, Inc.** | **$10,000 12/17/2010; Carl's paid Myron Baker $54,211.43 on /5/2011 and he paid back that amount that he owed Car's** | |
| **Furniture Land, Inc.**<br><br>   **shareholder** | **management fee  (10 checks per month, one for each store)** | **$107,979.33** |
| **Jeff Baker**<br><br>   **President** | **2010 gross wages** | **$103,696.00** |
| **Arlette Baker**<br><br>   **wife of Myron Baker** | **2010 gross wages paid** | **$42,093.48** |
| **Teri Kennedy**<br><br>   **daughter of Myron Baker** | **2010 insurance premiums paid** | **$9,600.00 and payment of insurance premiums** |
| **Worldwide Realty Services**<br>**141 Alexander Palm Rd**<br>**Boca Raton, FL 33432**<br>   **Company owned by wife of Jeff Baker** | **$19,924.60 - payment pursuant to contract 10% fee of insurance claim paid** | **$19,924.60** |

**24. Tax Consolidation Group.**

None
☐

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| **Carl's Furniture Inc.    xxxxx4890** | **xxxxx4890** |
| **Carl's Furniture Plaza (xxxxx1006); Carl's West Palm Bch (xxxx0260); Carl's of Lauderhill (xxxxx5126); Carl's N Palm Bch (xxxxx5570); Carl's South Dade (xxxx7271); Carl's of Stuart (xxxx2634)** | |

**25. Pension Funds.**

None
☐

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| **Carl's Furniture, Inc. Retirement Savings Plan  401(k)** | **xxxxxx4890** |
| **Prudential Retirement Plan 764178001** | **Administrator, Jeff Baker and Barry M. Robbin** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **May 23, 2011**                    Signature    **/s/ Jeff Baker**

**Jeff Baker**
**President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

| Account | Description | City | State | Zip | Amount |
|---|---|---|---|---|---|
| 53-55-25 lr | 210874 CARLS FUR & Payroll T xxxxx | coconut crk | Florida | 33073 | 998425.38 |
| 53-55-25 lr | 201341 CARL'S FUR 5480 W. Hi | coconut crk | Florida | 33073 | 778498.78 |
| 53-55-25 lr | 197940 CARLS FUR 6650 n fed | boca raton | Florida | 33487 | 717297.67 |
| 53-55-25 lr | 196231 NATUZZI N 130 W. Cor | high point | North Caro | 27260 | 261272.98 |
| 53-55-25 lr | 198162 CARLS FUR 6650 n fed | boca raton | Florida | 33487 | 160522.85 |
| 53-55-25 lr | 201039 CARLS OF C xxx | boca raton | Florida | 33487 | 148672.89 |
| 53-55-25 lr | 198857 CARLS - NC    6650 | boca raton | Florida | 33487 | 132253.58 |
| 53-55-25 lr | 196409 SEALY OF C po box 932 | atlanta | Georgia | 31193 | 101720.43 |
| 53-55-25 lr | 210272 UNIVERSE I 1970 N.W. | miami | Florida | 33126 | 86470 |
| 53-55-25 lr | 198510 CARLS FUR    6650 | boca raton | Florida | 33487 | 83620.02 |
| 53-55-25 lr | 211203 PREMIUM. P.O. Box 31 | tallahassee | Florida | 32315 | 78269.97 |
| 53-55-25 lr | 198869 559 N FEDE    6650 | boca raton | Florida | 33487 | 77173.34 |
| 53-55-25 lr | 197932 FLORIDA Pt general ma | miami | Florida | 33188 | 74155.33 |
| 53-55-25 lr | 196153 MAN WAH xxxxx | coconut crk | Florida | 33073 | 66012.32 |
| 53-55-25 lr | 195634 CENTURY C p o box 60! | charlotte | North Caro | 28260 | 65998.08 |
| 53-55-25 lr | 198163 CARLS OF L 6650 n fed | boca raton | Florida | 33487 | 57819.63 |
| 53-55-25 lr | 198165 CARLS OF S 6650 n fed | boca raton | Florida | 33487 | 57683.43 |
| 53-55-25 lr | 198160 CARLS OF S 6650 n fed | boca raton | Florida | 33487 | 52481.28 |
| 53-55-25 lr | 211512 HTL INTER! 4361 Feder Suite 180 | greensborc | North Caro | 27410 | 50000 |
| 53-55-25 lr | 211214 FURR AND One Boca F 2255 Glade | boca raton | Florida | 33431 | 47947.81 |
| 53-55-25 lr | 198165 CARLS OF S 6650 n fed | boca raton | Florida | 33487 | 45939.4 |
| 53-55-25 lr | 197993 SUN SENTII P.O. Box 1( | atlanta | Georgia | 30384 | 44238.84 |
| 53-55-25 lr | 195461 ALF    xxx | coconut crk | Florida | 33073 |  |
| 53-55-25 lr | 210203 SPECTRA H 1407 Broac Suite #151 | new york | New York | 10018 | 40577 |
| 53-55-25 lr | 210646 COMCAST : P.O. Box 4( | atlanta | Georgia | 30384 | 40525.89 |
| 53-55-25 lr | 201525 FINE FURNI 1107 north | high point | North Caro | 27262 | 38182.08 |
| 53-55-25 lr | 211718 JOFRAN    One Jofran | norfolk | Massachus | 2056 | 36177.7 |
| 53-55-25 lr | 202058 CHATEAU [ The CIT Grc P.O. Box 1( | charlotte | North Caro | 28201 | 34564.11 |
| 53-55-25 lr | 210891 CHC OF FL CP.O. Box 6! | carol strea | Illnois | 60197 | 33163.52 |
| 53-55-25 lr | 209357 APA/WHAL 1578 Air W | san diego | California | 92154 | 32470.19 |
| 53-55-25 lr | 198164 CARLS OF N 6650 n fed | boca raton | Florida | 33487 | 29427.2 |
| 53-55-25 lr | 211640 TNT SOLUT 14231 W. J | olathe | Kansas | 66062 | 27895 |
| 53-55-25 lr | 196226 NAJARIAN I 17560 E. R | city of indu | California | 91748 | 27505.71 |
| 53-55-25 lr | 196037 JDI KLAUSN p o box 60( | charlotte | North Caro | 28260 | 26661.5 |
| 53-55-25 lr | 211175 JONATHAN 544 W. 13C | gardena | California | 90248 | 26530 |

*Carlos Inc. 90 day Payments   3 a o c*

| | | | | |
|---|---|---|---|---|
| 53-55-25 lr | 206327 MARTIN HX 2345 Britar | san diego | California | 26191 |
| 53-55-25 lr | 209822 POSTMAST xxxxx | coconut cr Florida | 33073 | 25961.44 |
| 53-55-25 lr | 211038 COVENTRY P.O. Box 65 | carol strean Illinois | 60197 | 24856.56 |
| 53-55-25 lr | 196448 STEARNS + p o box 93: | atlanta | Georgia | 31193 | 24157.44 |
| 53-55-25 lr | 208308 CASANA FL Dept CH 17 | palatine | Illinois | 60055 | 23124.8 |
| 53-55-25 lr | 198152 BANK OF A P.O. Box 85 | dallas | Texas | 75265 | 22600.32 |
| 53-55-25 lr | 198114 WSVN TV  xxx | coconut cr Florida | 33073 | 21887.5 |
| 53-55-25 lr | 210092 BOLIYA  xxxxx | coconut cri Florida | 33073 | 17104.52 |
| 53-55-25 lr | 196438 SCHNADIG P.O. Box 85 | charlotte | North Caro | 28289 | 16642 |
| 53-55-25 lr | 206719 PRUDENTI/Plan ID #7f | P.O. Box 5f scranton | Pennsylvani | 18505 | 16337.91 |
| 53-55-25 lr | 199027 TRAVELERS CL Remitta | hartford | Connecticu | 6183 | 14912.28 |
| 53-55-25 lr | 211514 E & G DELI' 690 West 3 | hialeah | Florida | 33012 | 14856.05 |
| 53-55-25 lr | 199147 CALDWELL p o box 40f | atlanta | Georgia | 30384 | 14506.65 |
| 53-55-25 lr | 211731 PATRICIA A 1024 Herki | houston | Texas | 77008 | 13875 |
| 53-55-25 lr | 211644 THE HARTF P.O. Box 25 | hartford | Connecticu | 6104 | 13190.18 |
| 53-55-25 lr | 209562 UNCION N/ 2492 cente apt #205 | miramar | Florida | 33025 | 12130.43 |
| 53-55-25 lr | 210483 JMD DELIV 5010 n w 1 joel guerra miami | | Florida | 33055 | 12111.66 |
| 53-55-25 lr | 206920 GENESIS T\ 760 E. Evar | fort lauden Florida | 33312 | 11942.05 |
| 53-55-25 lr | 211319 SUNNY EAS xxxxx | coconut cri Florida | 33073 | 11228.28 |
| 53-55-25 lr | 208940 TRIBUNE D 200 E. Las ( | fort lauden Florida | 33301 | 10964.8 |
| 53-55-25 lr | 210616 R.L. & ODA 22110 S.W | miami | Florida | 33190 | 10190.59 |
| 53-55-25 lr | 195858 FURNITURE 6650 n fed( | boca raton Florida | 33487 | 9720.67 |
| 53-55-25 lr | 211704 MEDIA PRII 4300 N. Po | pompano t Florida | 33073 | 9175 |
| 53-55-25 lr | 198859 3700 N FEE    6650 | boca raton Florida | 33487 | 8478.95 |
| 53-55-25 lr | 198301 AFLAC    remittance 1932 wynn columbus | Georgia | 31999 | 8444.82 |
| 53-55-25 lr | 206387 BANCORP I 409 silversi suite 100 | wilmington Delaware | 19809 | 8443.29 |
| 53-55-25 lr | 206192 APL LTD.    7300 Corp; Suite #200 miami | | Florida | 33126 | 8067.5 |
| 53-55-25 lr | 211733 PLANNED F 9 Moody R Suite 17-1E enfield | | Connecticu | 6082 | 7962.66 |
| 53-55-25 lr | 198007 CITY OF PO p o drawer | pompano t Florida | 33061 | 7903.37 |
| 53-55-25 lr | 211671 MARTI EVA xxxxx | coconut cri Florida | 33073 | 7331.22 |
| 53-55-25 lr | 209447 HORICH PA 101 Schillin | hunt valley Maryland | 21031 | 7215 |
| 53-55-25 lr | 211154 CARLS MAT 2020 n w u | stuart | Florida | 34994 | 6898 |
| 53-55-25 lr | 211306 CSI INTERN P.O. Box 82 | philadelphi Pennsylvani | 19182 | 5643.24 |
| 53-55-25 lr | 211498 GBS ENTER 1006 East f | sutton | Nebraska | 68979 | 5400 |

| | | | |
|---|---|---|---|
| 53-55-25 lr | 196677 FRED GERA 512 nw 10t | plantation Florida | 33324 | 5312.5 |
| 53-55-25 lr | 198200 CARLS FUR 6650 n fed∈ | boca raton Florida | 33487 | 5152.81 |
| 53-55-25 lr | 196082 KLAUSSNEF p o box 60∈ | charlotte North Caro | 28260 | 4909.66 |
| 53-55-25 lr | 208318 WINDSTRE P.O. Box 5£ | charlotte North Caro | 28258 | 4862.27 |
| 53-55-25 lr | 205580 BRAUNER I 66 york str∈ suite 100 | jersey city New Jersey | 7302 | 4760.55 |
| 53-55-25 lr | 205606 ANDES BRE xxx | coconut crε Florida | 33073 | 4700.96 |
| 53-55-25 lr | 195866 FERGUSON P.O. Box 1C | morganton North Caro | 28655 | 4638 |
| 53-55-25 lr | 198115 WTVJ TV N p o box 40: | atlanta Georgia | 30384 | 4600 |
| 53-55-25 lr | 205640 TEMPLETO 222 lakevie suite 1200 | west palm Florida | 33401 | 4512.25 |
| 53-55-25 lr | 198078 RELIABLE F 433 n e bal | stuart Florida | 34994 | 4350 |
| 53-55-25 lr | 195831 EXCELSIOR 172 new hi | north amit∈ New York | 11701 | 4313 |
| 53-55-25 lr | 198090 AT&T | p o box 70£ | charlotte North Caro | 28272 | 3887.19 |
| 53-55-25 lr | 209786 OPTIMIUM 304 indian #628 | weston Florida | 33326 | 3686.82 |
| 53-55-25 lr | 198641 DISTINCTIV 2126 pierc∈ | hollywood Florida | 33020 | 2951.3 |
| 53-55-25 lr | 198238 AT&T WIRE p o box 53£ | atlanta Georgia | 30353 | 2876.52 |
| 53-55-25 lr | 210321 ASSURANT P.O. Box 84 | kansas city Missouri | 64184 | 2851.81 |
| 53-55-25 lr | 208841 DEPENDAB 1361 N.W. | miami Florida | 33169 | 2818.59 |
| 53-55-25 lr | 199609 CUSTOM D 2640 n e 1£ | pompano t Florida | 33062 | 2711 |
| 53-55-25 lr | 196404 STANLEY FI p o box 93∠ | atlanta Georgia | 31193 | 2695 |
| 53-55-25 lr | 198538 ADO CORP¹ po box 102 | atlanta Georgia | 30368 | 2634.82 |
| 53-55-25 lr | 198002 AMERICAN p o box 36t | fort lauden Florida | 33336 | 2606.79 |
| 53-55-25 lr | 199476 CITY OF CO 4800 W. Cc | coconut crε Florida | 33063 | 2543.28 |
| 53-55-25 lr | 211690 SCHLOSER 7000 islanc #307 | aventura Florida | 33160 | 2511.27 |
| 53-55-25 lr | 211741 TONNELIEF 1506 Wagc | houston Texas | 77090 | 2490.37 |
| 53-55-25 lr | 211693 SIROIS       8 Second S | cambridge Massachus | 2141 | 2456 |
| 53-55-25 lr | 195685 CHANDRA   p o box 11( | adairsville Georgia | 30103 | 2066.81 |
| 53-55-25 lr | 211251 NATIONAL Banco de S One Biscay miami Florida | | 33131 | 1806.2 |
| 53-55-25 lr | 198487 OFFICE DEF p o box 63: | cincinnati Ohio | 45263 | 1717.75 |
| 53-55-25 lr | 211155 CARLS FUR Hess Fleet( xxxxx | coconut crε Florida | 33073 | 1691.79 |
| 53-55-25 lr | 198047 J F FABRICS p o box 88£ | tonawanda New York | 14151 | 1690.66 |
| 53-55-25 lr | 207517 ALPHA GR∠ 6775 NW 1 | fort lauden Florida | 33309 | 1630 |
| 53-55-25 lr | 211669 CAPKIN    10502 Kest | plantation Florida | 33324 | 1609.08 |
| 53-55-25 lr | 211748 SOUTHEAS 2407 Hamr | pompano t Florida | 33069 | 1600 |
| 53-55-25 lr | 204252 PURCHASE p o box 85∠ | louisville Kentucky | 40285 | 1591.07 |

| | | | | |
|---|---|---|---|---|
| 53-55-25 lr | 210124 MICHAEL A xxxxx | coconut crk Florida | 33073 | 1518.05 |
| 53-55-25 lr | 211080 SWEETAPP Varkas, P.L 199 E. Boc boca raton Florida | 33432 | 1500 |
| 53-55-25 lr | 211708 PEDRO ROS xxxxx | coconut crk Florida | 33073 | 1500 |
| 53-55-25 lr | 211530 WIINKOWSI 2458 bay is | weston Florida | 33327 | 1500 |
| 53-55-25 lr | 211685 DAUBERT 2900 N.E. 3 #9H | fort lauder Florida | 33306 | 1484 |
| 53-55-25 lr | 198058 ANTHONY, 1425 s w 1; unit 21and pompano t Florida | 33069 | 1455 |
| 53-55-25 lr | 211480 VDR STORE 3 inwood c | chatham New Jersey | 7928 | 1413.86 |
| 53-55-25 lr | 204508 PAYPAL xxxxx | boca raton Florida | 33487 | 1346.39 |
| 53-55-25 lr | 211716 COOKE 3737 Pine I | weston Florida | 33332 | 1341.48 |
| 53-55-25 lr | 211683 WHITMOR 1741 S.W. l | port saint l Florida | 34953 | 1300 |
| 53-55-25 lr | 211749 PRICE 4713 Carar | coconut crk Florida | 33066 | 1255 |
| 53-55-25 lr | 210899 HI-TECH DI O'Neil Nep 9358 N.W. | sunrise Florida | 33351 | 1249.9 |
| 53-55-25 lr | 197994 WASTE MA p o box 10! | atlanta Georgia | 30348 | 1231.5 |
| 53-55-25 lr | 205011 R J R ENTEF p o box 23 | thomasville North Caro | 27361 | 1215 |
| 53-55-25 lr | 205170 CAPITAL OI p o box 65 | dallas Texas | 75265 | 1213.93 |
| 53-55-25 lr | 198879 E D P SUPP 641 n e 33: | pompano t Florida | 33064 | 1213.43 |
| 53-55-25 lr | 198046 DURALEE F p o box 91: 1775 fifth t bay shore New York | 11706 | 1196.59 |
| 53-55-25 lr | 211293 LOLOI 4501 spring | dallas Texas | 75244 | 1191.37 |
| 53-55-25 lr | 211725 CREGGER 4965 S.W. | cooper city Florida | 33328 | 1159.8 |
| 53-55-25 lr | 199484 PREVENTIV 1233 old di | lake park Florida | 33403 | 1068.85 |
| 53-55-25 lr | 211715 BEST BUY 7601 Penn | richfield Minnesota | 55423 | 1055 |
| 53-55-25 lr | 198248 SHELL FLEE p o box 90: | des moines Iowa | 50368 | 1050.95 |
| 53-55-25 lr | 208080 CHASE CAR po box 151 | wilmington Delaware | 19886 | 1043.7 |
| 53-55-25 lr | 199005 STRING AN p o box 17! | high point North Caro | 27261 | 1011.96 |
| 53-55-25 lr | 211670 SCHMIDT 6260 N.E. 1 #809 | fort lauder Florida | 33308 | 1000 |
| 53-55-25 lr | 196056 GEORGE K( the minka į file 57473 | los angeles California | 90074 | 934.92 |
| 53-55-25 lr | 198994 KONICA MI dept at 95: | atlanta Georgia | 31192 | 842.21 |
| 53-55-25 lr | 211647 HODGE 50 east roa | delray beac Florida | 33483 | 800 |
| 53-55-25 lr | 210958 A/Z PRINTI 4180 Oak C | boca raton Florida | 33431 | 797.45 |
| 53-55-25 lr | 211104 HEPDIRECT p o box 72! | high point North Caro | 27264 | 778.21 |
| 53-55-25 lr | 198421 FEDEX p o box 66! | dallas Texas | 75266 | 770.41 |
| 53-55-25 lr | 210008 ENTERPRIS P.O. Box 8( | westcheste Illinois | 60154 | 757.8 |
| 53-55-25 lr | 198023 FABRICUT p o box 47( | tulsa Oklahoma | 74147 | 739.86 |
| 53-55-25 lr | 198640 CASIMERO c/o p&i prc p o box 12( fort lauder Florida | 33312 | 700 |

| | | | | |
|---|---|---|---|---|
| 53-55-25 lr | 202920 PAULS CAR 2100 n pov | pompano t Florida | 33069 | 638.68 |
| 53-55-25 lr | 201186 PETTY CASI 54 | boca raton Florida | 33487 | 615.79 |
| 53-55-25 lr | 211581 RICHARD'S 630 W. 23r | hialeah Florida | 33010 | 610.1 |
| 53-55-25 lr | 207077 DEVCON SE p o box 531 | atlanta Georgia | 30353 | 598.99 |
| 53-55-25 lr | 198500 CITY OF FO municipal s p o box 31f tampa | Florida | 33631 | 597.48 |
| 53-55-25 lr | 211571 CARD SERV US Airways P.O. Box 15 philadelphi Pennsylvan | | 19101 | 555.8 |
| 53-55-25 lr | 198037 WESCO FAI p o box 16f | denver Colorado | 80216 | 549.36 |
| 53-55-25 lr | 198096 UNITED PA p o box 72: | philadelphi Pennsylvan | 19170 | 545.22 |
| 53-55-25 lr | 211750 RAMMS EN 2100 W. 7f Suite 311 | hialeah Florida | 33016 | 500 |
| 53-55-25 lr | 211705 FILORAMO 21238 Stor | boca raton Florida | 33428 | 500 |
| 53-55-25 lr | 207571 SAM FERGI xxxx | coconut cre Florida | 33073 | 487.28 |
| 53-55-25 lr | 197997 AT&T P.O. Box 52 | phoenix Arizona | 85072 | 474.76 |
| 53-55-25 lr | 199083 FOXWORTI p o box 19f | fort lauder Florida | 33319 | 450 |
| 53-55-25 lr | 203179 INTERNAL I | atlanta Georgia | 39901 | 450 |
| 53-55-25 lr | 198774 JANIS COR 6650 | boca raton Florida | 33487 | 445 |
| 53-55-25 lr | 202567 U S A LIGH supplies inn 1300 stirlin dania | Florida | 33004 | 440.11 |
| 53-55-25 lr | 211688 OLISMA 3370 N.W. | pompano t Florida | 33064 | 439.56 |
| 53-55-25 lr | 208867 THOMSON west paym p.o. box 62 carol streat Illinois | | 60197 | 432.58 |
| 53-55-25 lr | 211282 FACTORY F 4400 s w 3: | hollywood Florida | 33023 | 405 |
| 53-55-25 lr | 195478 AMBIENCE file 57473 acct#105f los angeles California | | 90074 | 404.36 |
| 53-55-25 lr | 198131 ALL AMERI 6584 n w 1 | plantation Florida | 33313 | 394.32 |
| 53-55-25 lr | 198797 SIGN SOUR 2441 n w 1 bay 4 | pompano t Florida | 33064 | 381.6 |
| 53-55-25 lr | 201027 UNITED SU p o box 89f | charlotte North Caro | 28289 | 364.92 |
| 53-55-25 lr | 210298 LISSETTE RI xxxx | coconut cre Florida | 33073 | 350 |
| 53-55-25 lr | 198278 PETTY CASI corporate | boca raton Florida | 33487 | 334.66 |
| 53-55-25 lr | 198243 NIGHTHAM p o box 52f | miami Florida | 33152 | 330 |
| 53-55-25 lr | 211756 AYROSO 4625 Harsc | knoxville Tennessee | 37920 | 328.24 |
| 53-55-25 lr | 209776 ORACLE EL p o box 63f | cincinnati Ohio | 45263 | 316.6 |
| 53-55-25 lr | 211111 THOMAS D xxxx | coconut cre Florida | 33073 | 293.82 |
| 53-55-25 lr | 211658 GONZALEZ 4447 N.W. | coconut cre Florida | 33073 | 290 |
| 53-55-25 lr | 208601 IMMEDIAT 1326 nw 2: | boca raton Florida | 33432 | 284.08 |
| 53-55-25 lr | 196249 OHIO TABL corporate c p o box 10f perrysburg Ohio | | 43552 | 282.42 |
| 53-55-25 lr | 197990 PETTY CASI 6650 | boca raton Florida | 33487 | 275 |
| 53-55-25 lr | 196424 SURYA p o box 56f | calhoun Georgia | 30703 | 245.97 |

| | | | | |
|---|---|---|---|---|
| 53-55-25 lr | 198051 HUNTER DI po box 405 | atlanta | Georgia | 218.3 |
| 53-55-25 lr | 210179 D'ANGELIS xxxx | west palm | Florida | 200 |
| 53-55-25 lr | 210196 ROBERT G/ xxxxx | coconut cr Florida | | 200 |
| 53-55-25 lr | 199570 BROWARD Commissio 1 N. Univer plantation Florida | | | 180 |
| 53-55-25 lr | 205065 VERIZON W p o box 660 | dallas | Texas | 170 |
| 53-55-25 lr | 208125 LORI ALTEN | coconut cr Florida | | 156.36 |
| 53-55-25 lr | 199433 HOME DEP Acct #6035 P.O. Box 9C des moines Iowa | | | 152.72 |
| 53-55-25 lr | 199457 CITY OF PO alarm billin p o drawer pompano t Florida | | | 150 |
| 53-55-25 lr | 203971 CITY OF FT alarm regis po box 316 tampa | Florida | | 150 |
| 53-55-25 lr | 201456 CITY OF PO treasury fit p o drawer pompano t Florida | | | 138.75 |
| 53-55-25 lr | 202214 PROPANE I po box 936 | margate | Florida | 138.69 |
| 53-55-25 lr | 207267 DELUXE BU and solutio p o box 74 cincinnati | Ohio | | 138.28 |
| 53-55-25 lr | 211724 BAWALAK 1805 Highl: | delray bea Florida | | 134.46 |
| 53-55-25 lr | 211753 AMERIGAS 299 S.W. 1: | pompano t Florida | | 129.47 |
| 53-55-25 lr | 198050 KAST FABR p o box 16t | pasadena | Texas | 123.44 |
| 53-55-25 lr | 198912 CARLS FUR xxx | coconut cr Florida | | 121.9 |
| 53-55-25 lr | 211722 SMITH      5000 N.W. | coral spring Florida | | 120.82 |
| 53-55-25 lr | 202184 COMCAST p o box 53t | atlanta | Georgia | 119.42 |
| 53-55-25 lr | 198655 CITY OF HK p o box 100 | high point | North Caro | 114.53 |
| 53-55-25 lr | 195613 BASSETT M p o box 60: | charlotte | North Caro | 101 |
| 53-55-25 lr | 211721 OLIVER      4900 N. Oc #1621 | fort lauder Florida | | 100 |
| 53-55-25 lr | 211689 ULBRICH      2220 N.E. 3 | lighthouse Florida | | 100 |
| 53-55-25 lr | 208205 BROWARD P.O. Box 2t | fort lauder Florida | | 81.25 |
| 53-55-25 lr | 211233 LEXISNEXIS Account #1 P.O. Box 74 philadelphi Pennsylvan | | | 75 |
| 53-55-25 lr | 211723 SCHNEIDEF 23420 Savc | boca raton Florida | | 66.78 |
| 53-55-25 lr | 208195 LAMBERT  xxxx | port saint I Florida | | 65 |
| 53-55-25 lr | 201878 U.S. DEPAR National Pr P.O. Box 1C atlanta | Georgia | | 54.67 |
| 53-55-25 lr | 211213 PATRICIA D xxxxx | pompano t Florida | | 50 |
| 53-55-25 lr | 211555 LAWSON    xxxx | coconut cr Florida | | 50 |
| 53-55-25 lr | 211675 GEORGE    xxxx | coconut cr Florida | | 45.05 |
| 53-55-25 lr | 197957 UNIQUE W 6811 n w 1 | fort lauder Florida | | 42.66 |
| 53-55-25 lr | 198053 BOSCH INC 1991 n w 1 | boca raton Florida | | 40 |
| 53-55-25 lr | 197919 ARAMARK 3901 raven suite 101 | dania beac Florida | | 39.22 |
| 53-55-25 lr | 211491 TROPICAL 1 P.O. Box 45 | miami | Florida | 35.67 |

| | | | | | |
|---|---|---|---|---|---|
| 53-55-25 lr | 211714 UNEMPLO) 2740 Cente Suite 101, | tallahassee Florida | | 32399 | 32.25 |
| 53-55-25 lr | 198787 DRUG FREE 514 n palm | lake worth Florida | | 33460 | 32 |
| 53-55-25 lr | 211653 BASS FIRE I 1480 S.W. : Suite C-9 | pompano t Florida | | 33069 | 31.8 |
| 53-55-25 lr | 211674 CLERK OF L Appeals Dii 2740 Cente | tallahassee Florida | | 32399 | 25 |
| 53-55-25 lr | 198953 INTERNATI p o box 82{ | high point North Caro | | 27261 | 25 |
| 53-55-25 lr | 211697 BERRY 600 Parkvii #431 | hallandale Florida | | 33009 | 8 |
| 53-55-25 lr | 196473 STONE INTI 65 east oal | chicago | Illinois | 60611 | 0 |

# United States Bankruptcy Court
## Southern District of Florida

In re    **Carl's Furniture, Inc.**
_____,
                                    Debtor

Case No. _____

Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Furniture Land Inc** | | | **100% shareholder** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**May 23, 2011**_____

Signature__**/s/ Jeff Baker**_____
                    **Jeff Baker**
                    **President**

_Penalty for making a false statement or concealing property_:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

__**0**__  continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Southern District of Florida

In re   **Carl's Furniture, Inc.**            Case No. _____
                                   Debtor(s)      Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **May 23, 2011**                     **/s/ Jeff Baker** _____
                                              **Jeff Baker/President**
                                               Signer/Title

20-20 Icovia Inc
One Verani Way
Londonderry, NH 03053


3700 N Federal Associates
Mr. Myron Baker
6810 N State Road 7
Pompano Beach, FL 33073


559  N Federal Associates
Mr. Myron Baker
6810 N. State Road 7
Pompano Beach, FL 33063


559 N Federal Associates
Myron Baker
6810 N State Road 7
Pompano Beach, FL 33073


559 N Federal Hwy Assoc
Mr. Myron Baker
6810 N State Road 7
Coconut Ccreek, FL 33073


559 North Federal Associates
Mr Myron Baker
6810 N State Rd 7
Pompano Beach, FL 33073


A T & T
PO Box 830120
Baltimore, MD 21283


A.P. Industries
AMF O'HARE
P.O. Box 66512
Chicago, IL 60666


A.R.T. Furniture
Cathay Bank
1250 S Fullerton Rd
Rowland Heights, CA 91748


AGIO - Impact Marketing
Dimension Industries
Delaware, OH 43015

Albany Industries Inc.
B B and T Ffactors
PO Box 890011
Charlotte, NC 28289


Alene and Joe Bass
c/o Malcolm A Purow, Esq
Dell & Schafer
2404 Hollywood Blvd
Hollywood, FL 33020


All American Printing
6584 NW 13 Court
Plantation, FL 33313


All Service Refuse
751 NW 31 Ave
Fort Lauderdale, FL 33311


Alpha Graphics
6775 NW 15 Ave
Fort Lauderdale, FL 33309


Ambience Lighting A29
Minka Lavery, A Minka Group Co
File #57473
Los Angeles, CA 90074-7473


American Battery
2800 SW 4 Ave
Fort Lauderdale, FL 33315


American Drew A52 dba La-Z-Boy
22814 Network Place
Chicago, IL 60673


American National Realty Corp
7860 Peters Rd
# f-101
Plantation, FL 33324


American Waste Control of Fla
PO Box 1396
Fort Lauderdale, FL 33302

Americas Dust Busters
PO Box 380458
Miami, FL 33238


Americas Dustbuster Inc
PO Box 380458
Miami, FL 33238


Andes Breeze Co Inc
4705 SE Winter Haven Ct
Stuart, FL 34997


Andrew Pearson Industries
c/o Michael Katler Esq
3230 W Commercial Blvd #250
Fort Lauderdale, FL 33309


Andrew Pearson Industries
c/o Robt F Goodrich Esq
4000 Hollywood Blvd #501
Hollywood, FL 33021


Angela Mini
301 S Swinton Ave
Delray Beach, FL 33444


Anthony Acquiva Furn Svc
1425 SW 1 Ct
Unit 21 & 22
Pompano Beach, FL 33069


APL Company Pte Ltd
American President Lines Ltd
1111 Broadway
Oakland, CA 94607


APL LTD.
116 Inverness Dr., East
Suite 400
Englewood, CO 80112


Aramark Refreshment Services
3901 Ravenswood Rd #101
Dania Beach, FL 33312

Arena Operating Company LTD
c/o Elena Wildermuth Esq
Berman Kean & Riquera PA
2101 W Commercial Blvd 32800
Fort Lauderdale, FL 33309


Arlene and Jose Bass
c/o Malcolm A. Purow Esq
Dell & Schafer
2404 Hollywood Blvd
Hollywood, FL 33020


Artistica Metal DES. AA1
3200 Golf Course Dr
Ventura, CA 93003


Ashley Furniture Industries, Inc
P.O. Box 190
Arcadia, WI 54612


Assurant Employee Benefits
P.O. Box 843300
Kansas City, MO 64184


AT&T
PO Box 70529
Charlotte, NC 28272


AT&T
P.O. Box 52187
Phoenix, AZ 85072


AT&T Wireless
PO Box 538695
Atlanta, GA 30353


Bank of America
PO Box 40329
Jacksonville, FL 33203-0329


Bass United Fire & Security
1480 SW 3 St #9
Pompano Beach, FL 33069

Bassett Mirror B54
PO B 60756
Charlotte, NC 28260


BDM Furniture Inc - BERMEX
1273, Boul. St-Laurent
Ouest
Louiseville, Quebec J5V 2L4


Benjamin Kennedy
399 W Palmetto Park Rd
Boca Raton, FL 33432


Bernhardt B05
12197 Collections Center Dr
Chicago, IL 60693


Best Chair B42
1195 Solutions Center
Chicago, IL 60677


Brauner International Corp
2305 NW 107the Ave.
Suite 2M35, Box #102
Miami, FL 33172


Brauner International Corp
66 York St #100
Jersey City, NJ


Broward Backflow Prevention Inc
867 SE 12 Terr
Deerfield Beach, FL 33441


Broward County Revenue Collection Div.
115 S Andrews Ave #A 100
Fort Lauderdale, FL 33301


Broward County Tax Collector
PO Box 29009
Fort Lauderdale, FL 33302


Broyhill
PO Box 536753
Atlanta, GA 30353

CA State Disbursement Unit
P.O. Box 989067
W Sacramento, CA 95798

Caldwell Freight Lines
PO Box 405763
Atlanta, GA 30384

Capkin
10502 Kestrel St.
Plantation, FL 33324

Carl's Patio Inc
301 Camino Gardens Blvd #101
Boca Raton, FL 33432

Carls - North Dade
6810 N State Rd 7
Coconut Creek, FL 33073

Carls Furniture Plaza Inc
6650 N Federal Hwy
Boca Raton, FL 33487

Carls of Lauderhill Inc
6650 N Federal hwy
Boca Raton, FL 33487

Carls of South Dade Inc
6650 n federal hwy
boca raton, FL 33487

Carls Patio
301 Camino Gardens Blvd #101
Boca Raton, FL 33432

Casimero Cantarero
c/o P & L Proud Care Lawns
PO 120403
Fort Lauderdale, FL 33312

Centruy
PO Box 405607
Atlanta, GA 30384

Century C15
PO Box 60589
Charlotte, NC 28260


Chandra
PO Box 1102
Adairsville, GA 30103


Chateau D'Ax
1838 E Chester Dr
High Point, NC 27265


CHC of FL
P.O. Box 6552
Carol Stream, IL 60197


Chintaly Lamp
921A Conklin Street
Farmingdale, NY 11735


CIT Group Commercial Services
c/o Jon E Kane Esq
PO Box 2854
Orlando, FL 32802-2854


City of Coconut Creek
PO Box 970907
Coconut Creek, FL 33097


City of Coconut Creek
4800 W Copans Rd
Coconut Creek, FL 33063


City of Pompano Beach Water
PO Drawer 1300
Pompano Beach, FL 33061


Clear Channel Broadcasting, Inc.
P.O. Box 402601
Atlanta, GA 30384


Coca-Cola Enterprises Bottling
PO Box 403390
Atlanta, GA 30368

Comcast
PO Box 530099
Atlanta, GA 30353


Comcast Spotlight
PO Box 409558
Atlanta, GA 30384


Continental Equities Inc
1300 NW 167 St,
Miami Gardens, FL 33169


Continental Equities Inc
c/o Earl M Barker Jr Esq
334 East Duval St
Jacksonville, FL 32202


Continental Equities, Inc.
1300 N.W. 167 Street
Miami Gardens, FL 33169


Corde Shirts
11541 Lawton Rd
Boynton Beach, FL 33437


Coventry Health Care
PO Box 6552
Carol Stream, IL 60197


Custom Dapery Services Inc
2640 NE 18 St
Pompano Beach, FL 33062


Customer Sales Contracts


D I A D23
PO Box 26165
Winston Salem, NC 27114


Daniel Lowery
2830 Somerset Dr #116
Fort Lauderdale, FL 33313

David Malkin
c/o Gene Reibman Esq
7805 SW 6 Ct
Fort Lauderdale, FL 33324


Dependable Packaging Solutions
1361 NW 155th Dr
Miami, FL 33169


Dept. of Revenue
Bankruptcy Section
P.O. Box 6668
Tallahassee, FL 32314-6668


Desiree Perez
c/o Richard Caldwell Esq
255 Alhambra Cir #630
Miami, FL 33134


Devcon Security
PO Box 538675
Atlanta, GA 30353


Devcon Security
380 N 28 Terr
Hollywood, FL 33020


Devcon Security
141 NW 20 St
Boca Raton, FL 33431


Devcon Security Services
141 NW 20 St
Boca Raton, FL 33431


Dorinda Cortada
c/o Fernando Aran Esq
255 University Drive
Miami, FL 33134


E & G Delivery Services, Inc.
690 West 30 St
Hialeah, FL 33012

```
E D P Supply South Inc
641 NE 33rd St
Pompano Beach, FL 33064


Excelsior
172 New Highway
Amityville, NY 11701


Federal Associates TIC
Managing Agent Co
4678 World Pkwy Circle
St Louis, MO 63134


Ferguson - Copeand F25
PO Box 10
Morganton, NC 28655


FL Department of Revenue
5050 W Tennessee St
Tallahassee, FL 32399


FL Power and Light
General Mail Facility
Mami, FL 33188


Florida Panthers Hockey Club LTD
c/o Elena Wildermuth Esq
2101 W Commercial Blvd #2800
Fort Lauderdale, FL 33309


Furniture Land Inc


Gautier G41
1571 West Copans Rd #193
Pompano Beach, FL 33064


GBS Enterprises
1006 East Maple St
Sutton, NE 68979


General Upholstery Supply
725 W 20 ST
Hialeah, FL 33010
```

Genesis Two Inc
760 E. Evanston Circle
Fort Lauderdale, FL 33312


George Kovacs K02
The Minka Group
file 57473
Los Angeles, CA 90074


Global Views G28
PO Box 11527
Ft Worth, TX 76110


Hammary H07
22824 Network Place
Chicago, IL 60673


Hammer
14427 S Main St
Gardena, CA 90248


Hartford, The
PO Box 2907
Hartford, CT 06104


Hess Fleetone
Hess Fleetone Acct.
5042 Linbar Dr
Nashville, TN 37211


Home Depot
Acct #XXX6583
PO Box 9055
Des Moines, IA 50368


Hooker Mfg
PO Box 404535
Atlanta, GA 30384


Horich Parks Lebow
101 Schilling Rd, Ste 30
Hunt Valley, MD 21031

Howard Miller
PO Box 77362
Detroit, MI 48277


Immediate Pest Services
1326 MW 2 Cir
Boca Raton, FL 33432


Internal Revenue Service
POB 7346
Philadelphia, PA 19101-7346


IRF Irrigation LLC
c/o Gawane Grant Esq
2331 N State Rd 7, #202
Ft Lauderdale, FL 33313


Ismael Valentin
4307 Reflection Blvd #101
Fort Lauderdale, FL 33351


Italian Homes LLC
PO Box 602233
Charlotte, NC 28260


J E S Publishing Corp
5455 N Federal Hwy
Suite M
Boca Raton, FL 33487


JDI Klausner J13
PO Box 60475
Charlotte, NC 28260


Jonathan Louis Int'l
544 W 130th St
Gardena, CA 90248


Jose Camino
c/o Mai Ling Castillo Esq
One SE Third Ave #1800
Miami, FL 33131

KART Brokerage Services
PO Box 1556
St Joseph, MO 64501


Klaussner Furniture
PO Box 60475
Charlotte, NC 28260


Knickerbocker
PO Box 55
Little Ferry, NJ 07643


Konica Minolta Busines Solutions
Dept AT 952823
Atlanta, GA 31192-2823


Konica Minolta Business Solutins
951 Broken Sound Pkwy NW
#340
Boca Raton, FL 33487


Konica Minolta Business Solutions
Dept 952823
Atlanta, GA 31192-2823


Kravet Fabrics
PO Box 9000
Bethpage, NY 11714


La-Z Boy
c/o Andrew S. Lasine Esq
Keziah Gates LLP
PO Box 2609
High Point, NC 27261


Lane Co L12
Lane Acceptance Group
PO Box 536823
Atlanta, GA 30353


Lane Home Furnishings
PO Box 536823
Atlanta, GA 30353

Lauderhill Assoc
Mr. Myron Baker
6810 N State Rd 7
Coconut Creek, FL 33073


Lauren Ralph Lauren
PO Box 890258
Charlotte, NC 28289


Lea Industries
22817 Network Pl
Chicago, IL 60673


Lea Insustries
c/o Andrew S Lasine Esq
Keziah Gates LLP
PO Box 2609
High Point, NC 27261


Leather Trend L43
dba Richter Design
Dept #6729
Los Angeles, CA 90084


Liberty Mutual Commercial Market
Technical Claims Specialist II
PO Box 4900
Charlotte, NC 28277


Liberty Mutual Insurance Co
PO Box 7247-0109
Philadelphia, PA 19170


Linda Stark
1111 Briny Ave #807
Pompano Beach, FL 33062


Loloi
4501 Spring Valley Rd
Dallas, TX 75244


Lynne & Bernard Cohen
c/o Joshua Brankamp Esq
2650 N Military Tr #200
Boca Raton, FL 33431

Lynne and Bernard Cohen
c/o Robert Rossano Esq
1110 Brickell Ave #700
Miami, FL 33131


M A T International Shipping Inc
6501 NW 87th Ave
Miami, FL 33178


M.A.T International Shipping
c/o Jorge L. Palma Esq
701 SW 27 Ave #900
Miami, FL 33135


Mantua M27
6905 Adamo Drrive
Tampa, FL 33619


Mar Tech
7713 3rd Terrace
Lake Worth, FL 33463


Marcel Dezembro
1823 NE 1 Ave
Pompano Beach, FL 33069


Market Square Condo Assoc
PO Box 5869
High Point, NC 27262


Marth Stewart - Case Goods
Bernhardt Furniture Co
12197 Collections Center Dr
Chicago, IL 60693


Media Printing Corporation
4300 N Powerline Rd
Pompano Beach, FL 33073


Melody Inc
PO Box 522170
Miami, FL 33152

MFW Trucking
11205 West Atlantic Blvd
Coral Springs, FL 33071


Miami Dade Cty Tax Collector
Tangible Personal Property
PO Box 025218
Miami, FL 33102


Miami Herald
One Herald Plaza
Miami, FL 33132


Miami-Dade County Tax Collector
140 W Flagler St
14th Floor
Miami, FL 33130


Miami-Dade County Tax Collector
p o box 013701
miami, FL 33101


Miller Glass
PO Box 940
Bear, DE 19701


Mirror Crafters M58
1530 SW 5th Ct, Suite C
Pompano Beach, FL 33069


MMRT Trucking
11875 SW 133rd Terr
Miami, FL 33186


Mohawk Finishing Products
Div of RPM Wood
PO Box 535414
Miami, FL 33142


Morosohk
c/o Scott McCullough, Esq
4699 Davie Road
Fort Lauderdale, FL 33314

Morosohk
c/o Ignacio Sarmiento Esq
9130 S Dadeland Blvd #1900
Miami, FL 33156


Muniz Plastics Inc
Megan Finance Corp
2276 N 21 Terr
Miami, FL 33142


National Litho, LLC
One Biscayne Tower, Ste 3301
2 South Biscayne Blvd
Miami, FL 33131


Natuzzi
PO Box 945698
Atlanta, GA 30394


Natuzzi N13
130 W Commerce Blvd
High Point, NC 27260


Nolan Campbell
c/o Tal Shemtov Esq
9715 W Broward Blvd #256
Fort Lauderdale, FL 33324


Noreen Friedman
Personal Rep, Est Frederick H Friedman
4600 NW 24 Ave
Boca Raton, FL 33431


Office Depot
PO Box 633211
Cincinnati, OH 45263


Ohio Table Pads O10
Corporate Offices
p o box 10010
Perrysburg, OH 43552


Optimum Landscaping, Inc.
304 Indian Trace  #628
Weston, FL 33326

Oracle Elevator Company
PO Box 636843
Cincinnati, OH 45263


Oscar I Rodriquez
817 NE 27 St
Belle Glade, FL 33430


Otis Spunkmeyer
7090 Collection Drive
Chicago, IL 60693


P D C Properties Inc - Panatoni
Naimerin Hunter Codman Inc
1601 Forum Place
West Palm Beach, FL 33401


Pacific Coast Feather
PO Box 3801
Seattle, WA 98124


Pastel Furniture
Attn: Dept. PP
One Minson Way
Montebello, CA 90640


Patusan Fine Rugs Inc
2765 S Park Rd
Bethel Park, PA 15102


Philip Sookram
c/o Liberty Mutual Commercial WC Claims
PO Box 49000
Charlotte, NC 28277


Phillip Sookram
c/o Nick Panebianco Esq
1330 SE 4 Ave
Fort Lauderdale, FL 33316


Phillip Sookram
c/o Michele Leissle
Law Office Maria Dantes-Sanchez
2650 N Military Tr #200
Boca Raton, FL 33431

Picture Source  P06
5961 Corson Ave South
Seattle, WA 98108


Pitney Bowes Inc
P.O. Box 371896
Pittsburgh, PA 15250


Powell
L. Powell Acquisition Corp
Lockbox 776030
Chicago, IL 60677


Precedent P02
PO Box 890074
Charlotte, NC 28289


Premium Assignment Corp
PO Box 3066
Tallahassee, FL 32315


Professional Filing Systems, Inc
1360 NW 97th Ave
Plantation, FL 33322


Propane U S A
PO Box 936593
Margate, FL 33093


Purchase Power
PO Box 856042
Louisville, KY 40285


QC Crating Inc
8270 NW 70th St
Miami, FL 33166


R J R Enterprises Inc
PO Box 2343
Thomasville, NC 27361


Rachlin Group  LLC
343 N Harvard Ave
Claremont, CA 91711

Retail Credit Corporation
Myron Baker
6810 N State Rd 7
Coconut Creek, FL 33073


Ricks Trucking Delivery Inc.
8025 NW 83rd St
Tamarac, FL 33321


Samuel Lawrence
P.O. Box 403072
Atlanta, GA 30384


Samuel Lawrence
PO Box 5005
Merrifield, VA 22116


Schnadig
P.O. Box 890258
Charlotte, NC 28289


Sealy Mattress Mfg Co
c/o Damian Daley, Esq
Wicker Smith O'hara
2800 Ponce De leon Blvd #800
Miami, FL 33134


Sealy of OH  S13
PO Box 932621
`
Atlanta, GA 31193


Shell Fleet Management
PO Box 9010
Des Moines, IA 50368


Sign Source USA
2441 NW 16 Lane
Bay 4
Pompano Beach, FL 33064


Singerman Mills Desberg
Kauntz Co. LPA
3333 Richmond Rd
Beachwood, OH 44122

Slattery and Associates
2060 NW Boca Raton Blvd
suite 2
Boca Raton, FL 33431


Sligh Furniture
PO Box 67000
dept 286401
Detroit, MI 48267


Softchoice Corporation
16609 Collections Center Dr
Chicago, IL 60693


Southwest 100  Associates
Mr Myron Baker
6810 N State Rd 7
Coconut Creek, FL 33073


Southwest 100 Associates
Myron Baker
6810 N State Rd 7
Coconut Creek, FL 33073


Southwest 33 Associates
c/o Myron Baker
6810 N. State Road 7
Pompano Beach, FL 33073


Southwest 33rd Associates
Mr. Myron Baker
6810 N State Rd 7
Pompano Beach, FL 33073


Splice Software
220 - 6125 11 St SE
Calgary, Alberta T2H 2L6


Stanley Furniture Co
PO Box 934225
Atlanta, GA 31193


Star International
30322 Esperanza #100
Rancho Santa Margarita, CA 92688

Star Lift Inc.
PO Box 173568
Hialeah, FL 33017


Starmount Home Furnishing
501 Hoyle St SW
Valdese, NC 28690


Starmount Upholstery
501 Hoyle St SW
Valdese, NC 28690


Statewide Transportation
9715 W Broward Blvd
#169
Plantation, FL 33324


Stearns - Foster S53
PO Box 932621
Atlanta, GA 31193


Steinworld S62
1721 Latham St
Memphis, TN 38106


Stone International
65 East Oak Street
Chicago, IL 60611


Strad Design Int'l
PO Box 60188
Brooklyn, NY 11206


StyleCraft Home Collection
c/o Key Bank
PO Box 74358
Cleveland, OH 44194


Sulim Krimshtein
c/o Max A Goldfarb
19 West Flagler St #703
Miami, FL 33130

Summit Des
1401 SW 8th St
Pompano Beach, FL 33069


Sun Sentinel
PO Box 804866
Chicago, IL 60680


Sun Sentinel
PO Box 100606
Atlanta, GA 30384-0606


Sunshine State International
Park Association
1521 NW 165th ST
Miami, FL 33169


Sunshine State International Park
1521 NW 165 St
Miami, FL 33169


Surya
PO Box 566
Calhoun, GA 30703


Swaim
PO Box 4189
High Point, NC 27263


Three Keys, LLC
5106 Manning Dr
Bethesda, MD 20814


TNT Solutions
14231 W 123rd Ter
Olathe, KS 66062


Triangle Fire Inc
7720 NW 53 St
Miami, FL 33166


Tropical Trailer Leasing, LLC
PO Box 430766
Miami, FL 33243

Uncion Natural, Inc.
2492 center gate dr
apt #205
miramar, FL 33025


Unemployment Appeals Commission
c/o Louis A. Gutierrez Esq
2740 Centerview Dr #101
Tallahassee, FL 32399


United Parcel Service
PO Box 7247-0244
Philadelphia, PA 19170


Universe Freight Brokers
1970 NW 70th Ave
Miami, FL 33126


USA Lighting & Maintenance Supplies
1300 Stirling Rd #10 & b
Dania, FL 33004


Uttermost Co
PO Box 79086
Baltimore, MD 21279


Valspar
1852 Solutions Center
Chicago, IL 60677


Venture V11
Lane Furniture Industries, Inc.
PO Box 536823
Atlanta, GA 30353


Waste Management
Southern Sanitation
3821 NW 21 Ave
Pompano Beach, FL 33067


Waste Management
PO Box 105453
Atlanta, GA 30348

Waste Services of FL, Inc
PO Box 6494
Carol Stream, IL 60197


WEAT FM
PO Box 905690
Carlotte, NC 28290


WFOR TV
PO Box 905891
Charlotte, NC 28290


Windstream
2301 Lucien Way
suite 200
Maitland, FL 32751


Windstream
PO Box 580451
Charlotte, NC 28258


WIRK FM
PO Box 905690
Charlotte, NC 28290


WKIS-FM
194 NW 187 St
Miami, FL 33169


WLYL FM
20450 NW 2 Ave
Miami, FL 33169


WMJX FM
20450 NW 2 Ave
Miami, FL 33169


Woodard
PO Box 227211
Dallas, TX 75222


WPBF TV
PO Box 26885
Lehigh Valley, PA 18002

```
WPEC TV 12
PO Box 198512
West Palm Beach, FL 33419


WPLG TV
3900 Biscayne Blvd
ATTN credit dept
Miami, FL 33137


WPTV
PO Box 116871
Atlanta, GA 30368


WSVN TV
Miami, FL 33238



YRC
PO Box 905587
Charlotte, NC 28290


Zuo Mdern Contemporary
PO Box 51866
Irvine, CA 92619


Zuo Modern Contemporary
2800 Miller St
San Leandro, CA 94577
```