UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD COUNTY DIVISION

IN RE:

CARL'S FURNITURE, INC.,　　　　　　　　CASE NO. 11-24203-JKO
d/b/a CARL'S,　　　　　　　　　　　　　　CHAPTER 11
　　　　　Debtor　　　/

## DEBTOR'S MOTION FOR JOINT ADMINISTRATION OF CHAPTER 11 CASES

CARL'S FURNITURE, INC., Debtor-in-Possession ("Debtor"), by and through counsel, pursuant to Bankruptcy Rule 1015 and Local Rule 1015-1(B)(2)(a) moves the Court to enter an Order of Joint Administration of five (5) related Chapter 11 cases,

　　　　Carl's Furniture, Inc. – Case No. 11-24203- JKO
　　　　Carl's Furniture of North Dade, Inc. – Case No. 11-24216-RBR
　　　　Carl's Furniture of South Dade, Inc. – Case No. 11-24221-RBR
　　　　Carl's Furniture Plaza, Inc. – Case No. 11-24229-RBR
　　　　Carl's of Lauderhill, Inc. – Case No. 11-24231-JKO

and would state as follows:

　　　　1.　　(a)　On May 24, 2011, Debtor, Carl's Furniture, Inc. ("Carl's Inc.") filed a Voluntary Petition for relief under Chapter 11 of Title 11, United States Code, in this Court.

　　　　　　　(b)　On May 24, 2011, Debtor, Carl's Furniture of North Dade, Inc. ("Carl's North Dade") filed a voluntary petition for relief under Chapter 11 of Title 11, United States Code, in this Court.

　　　　　　　(c)　On May 24, 2011, Debtor, Carl's Furniture of South Dade, Inc. ("Carl's South Dade") filed a voluntary petition for relief under Chapter 11 of Title 11, United States Code, in this Court.

　　　　　　　(d)　On May 24, 2011, Debtor, Carl's Furniture Plaza, Inc. ("Carl's Plaza") filed a voluntary petition for relief under Chapter 11 of Title 11, United States Code, in this Court.

- 1 -

- 2 -

(e)  On May 24, 2011, Debtor, Carl's of Lauderhill, Inc. ("Carl's Lauderhill") filed a voluntary petition for relief under Chapter 11 of Title 11, United States Code, in this Court.

2.  The five companies are retail furniture stores located in South Florida and their operations are commingled.  Carl's Furniture, Inc. is the 100% shareholder of the other four entities.  It has become apparent that these cases and their reorganizations are interrelated.  It is anticipated that a motion for substantive consolidation will be filed shortly.

3.  The creditors of each Chapter 11 estate are different.

4.  Joint Administration will not give rise to any conflict among these estates.

6.  The Chapter 11 Debtors request that the Carl's Furniture, Inc. case be considered the "lead case".

WHEREFORE, Debtor, Carl's Furniture, Inc. moves that the Court enter an Order Jointly Administering these Chapter 11 cases, assign the Carl's Furniture, Inc. case as the "lead case", and for such other and further relief as this Court deems just and proper.

RESPECTFULLY SUBMITTED this 24 day of May, 2011.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

FURR AND COHEN, P.A.
Attorney for Debtor
2255 Glades Road, Suite 337W
Boca Raton, FL 33431
(561) 395-0500/(561)338-7532-fax


By /s/ Robert C. Furr
ROBERT C. FURR, ESQ.
Florida Bar No. 210854
EMAIL rfurr@furrcohen.com